# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: SIMPLICITY CATERERS, LLC | ) | |
| | ) | Case No.: 19-82798-CRJ-11 |
| EIN: xx-xxx0065 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| _____ | ) | |

## DEBTOR'S NOTICE OF AMENDMENT OF SCHEDULE D

**COMES NOW** the Debtor in the above-styled matter and hereby files amended Schedule D and Summary of Assets and Liabilities for Non-Individuals consisting of 6 pages, by substituting the attached amended schedule for that originally filed, pursuant to Fed. R. Bankruptcy P. 1009. The specific changes are as follows:

**Schedule D has been modified**
-to add Merchant Cash and Capital LLC dba Bizfi

*/s/ Tazewell T. Shepard*_____
Tazewell T. Shepard III
Kevin M. Morris
Tazewell T. Shepard IV
*Attorneys for Debtor-in-Possession*
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: 256/512-9924
Fax: 256/512-9837

**I DECLARE UNDER PENALTY OF PERJURY THAT THE ATTACHED AMENDED SCHEDULE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

Dated:  September 23, 2019          */s/ Stephanie Lanier*_____
                                    Stephanie Lanier

## CERTIFICATE OF SERVICE

      This is to certify that I have this 23rd day of September, 2019 served the foregoing upon all listed creditors found on the attached Clerk's Certified Matrix; upon all those persons requesting notice in this case, and upon the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the U. S. Mail in properly addressed envelopes with adequate postage thereon:

    Merchant Cash and Capital LLC dba Bizfi
    101 Hudson Street, 33rd Floor
    Jersey City, NJ 07302

                                          */s/ Tazewell T. Shepard*
                                          Tazewell Shepard

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Simplicity Caterers, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **19-82798** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                         12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................... $ **77,568.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................... $ **77,568.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ **174,992.21**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **154,486.47**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **16,616.92**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                  $ **346,095.60**

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Amtex Security, Inc.**
Creditor's Name
103 Webb Road West
Bell Buckle, TN 37020
Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred: **07/06/2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: **Unknown**
Value of collateral: **Unknown**

---

**2.2** **Merchant Cash and Capital LLC dba Bizfi**
Creditor's Name
101 Hudson Street, 33rd Floor
Jersey City, NJ 07302
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Cash Advance**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$57,779.77**
Value of collateral: **Unknown**

| Debtor | Simplicity Caterers, LLC | Case number (if know) | 19-82798 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.3 | **Rapid Advance / Rapid Finance** | **Describe debtor's property that is subject to a lien** | **$96,986.24** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Business** | | |

**4500 East West Highway**
**6th Floor**
**Bethesda, MD 20814**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**
**02/01/2019**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.4 | **Reinhart Food Service LLC** | **Describe debtor's property that is subject to a lien** | **$20,226.20** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 51150**
**Knoxville, TN 37950**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**
**06/15/2015**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$174,992.21**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Simplicity Caterers, LLC | Case number (if know) | 19-82798 |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Clark R. Hammond, Esq.**<br>**800 Shades Creek Parkway**<br>**Suite 400**<br>**Birmingham, AL 35209** | Line __2.1__ | |
| **Kearns, Brinen & Monaghan**<br>**20 E. Division Street**<br>**Dover, DE 19901** | Line __2.3__ | |
| **Zarzaur & Cunningham, PC**<br>**P.O. Box 11366**<br>**Birmingham, AL 35202** | Line __2.4__ | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-82798-CRJ11    Doc 29    Filed 09/23/19    Entered 09/23/19 12:43:28    Desc Main
Document    Page 6 of 6