# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Simplicity Caterers, LLC  **CASE NO:** 19-82798CRJ-11 **MONTH ENDING:** November 2019

## Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _X_   NO ___   All post petition business taxes have been paid/deposited and the deposit slips are attached.

   N/A YES   _NO_   All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | | $ |
   | | $ |
   | | $ |
   | | $ |

2. YES _X_   NO ___   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

   TYPE_____not in force.

3. YES _X_   NO ___   New books and records were opened and are being maintained daily.

4. YES _X_   NO ___   Copies of _all_ banks statements and reconciliations are attached .

5. YES _X_   NO ___   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_   NO ___   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _11-15-2019_

_Stephanie L. Lanier_
RESPONSIBLE PARTY

Phone No.256-679-0363
**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS     **CASE NO.:** 19-82798-CRJ-11     **MONTH ENDING:** November 2019

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  **(Circle One)**  -Cash X |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A. CASH ON HAND (Beginning)  100

B. RECEIPTS:

  Accounts Receivable from Form BA-02(A)-Line II(C)  66,413.67

  Cash Sales  512.22

  Loan Proceeds from_____  0

  Sale of Property (Not in ordinary course of business)  0

  Other_____  0

  _____  0

C. TOTAL RECEIPTS (Total of B)  $66,925.89

D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  $65,809.97

E. SURPLUS OR DEFICIT (C minus D)  1,115.92

F. CASH ON HAND (End) (A plus E)  1,215.92

INCOME STATEMENT:

1. REVENUE FROM TOTAL SALES  $66,925.89
2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)  53,038.33
3. EQUALS GROSS PROFIT (1 minus 2)  13,887.56
4. LESS OPERATING EXPENSES  8,993.21
5. EQUALS NET PROFIT OPERATIONS (3 minus 4)  4,894.35
6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

  Meals & Travel
  Conference Cost (2Empl)  4,705.14

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $189.21

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 11-15-2019                    *Stephanie L. Lanier*
                                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SIMPLICITY CATERERS__          CASE NO.: _19-82798-CRJ-11_ MONTH ENDING: November 2019

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

___I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.    **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts receivable charged and paid this month.    $ 31,400.00

    B.   Amount collected this month on accounts receivable charged in prior months and paid this month.    $ 35,013.67

    C.   TOTAL collected this month on accounts receivable.    $ 66,413.67

III.    **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| National Guard | 8,000 | | | | 8,000.00 |
| National Guard | | 27173 | | | 27173.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | 8000 | 27,173 | | | $35173.00 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE____11.15-2019____          *Stephanie L. Lanier*
                                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS          CASE NO.: 19-82798-CRJ-11  MONTH ENDING: November 2019

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES............................................$ | | 0 |
| ADVERTISING................................................ | | 0 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............... | | 0 |
| COMMISSIONS/CONTRACT LABOR................................. | | 0 |
| INSURANCE (TOTAL).......................................... | | 292.23 |
|    AUTO | $ 0 | |
|    LIABILITY | 292.23 | |
|    LIFE | 0 | |
|    MEDICAL    CASUALTY | 0 | |
|    FIRE & THEFT    WORKMAN'S | 0 | |
| COMP.   OTHER General | 0 | |
| Liability | 0 | |
| | | 0 |
| INTEREST PAID............................................. | | 0 |
| INVENTORY PURCHASED....................................... | | 5,732.35 |
| LEGAL FEES... Bank Fees................................... | | 350.00 |
| POSTAGE................................................... | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE........................ | | 0 |
| REPAIRS & MAINTENANCE..................................... | | |
| SALARIES/WAGES PAID.... Includes 10k back payroll-Oct 2019 | | 38,713.75 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............... | | 0 |
| SUPPLIES (TOTAL).......................................... | | 1043.21 |
|    OFFICE | $ 813.87 | |
|    OPERATING | 229.34 | |
| TRAVEL & ENTERTAINMENT.................................... | | 4,705.14 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].................. | | 7950.00. |
| UNSECURED LOAN PAYMENTS................................... | | 5,075.00 |
| UTILITIES (TOTAL)......................................... | | 0 |
| | $ 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| OTHER BUSINESS DISBURSEMENTS | | 1,948.29 |
| (Specify)    Cash Distribution to Owner- SL-Travel | | |
| TOTAL BUSINESS DISBURSEMENTS.............................$ | | 65,809.97 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11-15-2019

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS      CASE NO. : 19-82798-CRJ-11   MONTH ENDING: November 2019

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. _____ No secured loan payments have been paid during this month.
   (Check, if true.)

3. __X____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11-15-2019

*Stephanie L. Lanier*
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS          CASE NO.: 19-82798-CRJ-11 MONTH ENDING: November 2019

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 11-4-19 | 12,415.77 | 2950.10 | 2950.10 | 0 | 0 |
| 11-18-19 | 26297.98 | 3853.00 | 3853.00 | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 38713.75 | 6803.10 | 6803.10 | 0 | 0 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| September 2019 | 10,927.52 | 140.00 | $140.00 Back Pmt (Balance ($ | TN |
| October 2019 | 12,732.96 | 600.10 | $600.10 Back Pmt (Balance ($ | TN |
| November 2019 | 12,415.77 | 406.80 | $406.80 Back Pmt (Balance ($ | TN |
| | | | | |
| | | | | |
| TOTAL | $36,076.25 | $1146.90 | 1146.90 | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 11-15-2019                                    *Stephanie L. Lanier*
                                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS     **CASE NO. :** 19-82798-CRJ-11 **MONTH ENDING:** Sept 17-30, 2019

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Ascend FCU | 9651- Checking | $603.70 | 11-30-19 | Post Petition |
| " | 9651- Savings | $5.07 | 11-30-19 | Post Petition |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) Stephanie L. Lanier | $ | 0 |
| Officer #2   (Name) N/A | $ | 0 |
| Other Officer   (Name) N/A | $ | 0 |
| Employees (Number) 12 *Includes back pmt & payrolls from hold up of TB pmts. Oct 2019* | $ | 38,713.75 |
| Employees (Relatives) 0 | $ | 0 |
| Name N/A | $ | 0 |
| Name N/A | $ | 0 |

## INVENTORY (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 2114.66 |
| Inventory - Purchased this Month - CASH | $ | 5,732.35 |
| Inventory - Purchased this Month - CREDIT | $ | 0 |
| Inventory - End of Month (COST) | $ | 611.20 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

<u>X</u>  A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-15-2019                    *Stephanie L. Lanier*
                                   RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SIMPLICITY CATERERS__     CASE NO.: _19-82798-CRJ-11_     MONTH ENDING: _11-30-2019_

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

### ** OR **

__X__ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Pepsi | | $ | 8,492 | $ | $8,492 |
| Kelsan | 3,355.00 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | 3,355 | $ | $8,492.70 | $ | $ 11,847.00 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _11-15-2019_         *Stephanie L. Lanier*
                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**



**Ascend**
Federal Credit Union

P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org

Scan to learn about
e-statements.

| ACCOUNT NUMBER | PAGE |
|---|---|
| ▓▓▓▓9651 | 1 |

| SOCIAL SECURITY NUMBER | 01NOV19 | 30NOV19 |
|---|---|---|
| 18 | FROM | TO |
| | STATEMENT PERIOD | |

AED3533490-SATM-21621 T

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

|||լ|||լ┅║┅|լ║║╻║|║╻╻լ┅║┅┅╻║┅┅╻┅║╻┅┅║╻┅┅╻|

Ascend Offers Great Savings Options!
Want to save for an emergency fund,
home improvements, a family vacation,
or another big goal? Ascend continues
to offer great rates on certificates
and Money Market accounts. View
current rates at ascend.org

NOTICE: See reverse side for important information

AED0000264181626195382965IZ052862751

| SAVINGS Suffix 0 | Your balance at the beginning of the period................$ | 5.01 |
|---|---|---|
| | 01NOV  WITHDRAWAL-Fee                            -1.00 = | 4.01 |
| | 01NOV PAPER STMT FEE 1 @ $1.00 | |
| | 05NOV  DEPOSIT E-Branch                        6000.00 = | 6004.01 |
| | Transfer "DTS" 6,000.00 from share 50 | |
| | 05NOV* WITHDRAWAL                                -45.30 = | 5958.71 |
| | Overdraft transfer to *****9651-S50 | |
| | 06NOV  WITHDRAWAL                              -1212.54 = | 4746.17 |
| | Overdraft transfer to *****9651-S50 | |
| | 06NOV* WITHDRAWAL                               -335.22 = | 4410.95 |
| | Overdraft transfer to *****9651-S50 | |
| | 07NOV  WITHDRAWAL                               -110.00 = | 4300.95 |
| | Overdraft transfer to *****9651-S50 | |
| | 06NOV* WITHDRAWAL                               -308.70 = | 3992.25 |
| | Overdraft transfer to *****9651-S50 | |
| | 05NOV* WITHDRAWAL                                 -8.10 = | 3984.15 |
| | Overdraft transfer to *****9651-S50 | |
| | 06NOV* WITHDRAWAL                               -813.87 = | 3170.28 |
| | Overdraft transfer to *****9651-S50 | |
| | 06NOV* WITHDRAWAL                               -197.81 = | 2972.47 |
| | Overdraft transfer to *****9651-S50 | |
| | 06NOV* WITHDRAWAL                               -546.25 = | 2426.22 |
| | Overdraft transfer to *****9651-S50 | |
| | 07NOV  WITHDRAWAL                               -102.27 = | 2323.95 |
| | Overdraft transfer to *****9651-S50 | |
| | 07NOV  WITHDRAWAL E-Branch                     -2300.00 = | 23.95 |
| | Transfer "STD" 2,300.00 to share 50 | |
| | 06NOV* WITHDRAWAL                                -18.95 = | 5.00 |
| | Overdraft transfer to *****9651-S50 | |
| | 30NOV  DIVIDEND through 30NOV2019                  0.07 = | 5.07 |
| | ANNUAL PERCENTAGE YIELD EARNED:   0.30% FOR A 30 DAY PERIOD | |
| | Average Daily Balance:        286.80 | |
| | | |
| | Your new balance on 30NOV19................................$ | 5.07 |

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |
| Dividends Paid To You In 2019 On Suffix 0 | $ | 0.08 |

| BUSINESS CHECKING Suffix 50 | No. 11953829651.  Balance at the beginning of the period....$ | -1654.83 |
|---|---|---|
| | Additions and miscellaneous withdrawals: | |
| | 05NOV  DEPOSIT                                 35013.67 | |
| | 05NOV  WITHDRAWAL                              -1950.00 | |
| | 05NOV  WITHDRAWAL                             -10000.00 | |
| | 05NOV  WITHDRAWAL                               -875.00 | |
| | 05NOV  WITHDRAWAL                              -6000.00 | |
| | 05NOV  WITHDRAWAL                              -5000.00 | |
| | 05NOV  WITHDRAWAL                              -2500.00 | |
| | 05NOV  WITHDRAWAL E-Branch                     -6000.00 | |
| | Transfer "DTS" 6,000.00 to share 0 | |
| | 05NOV* WITHDRAWAL                                -78.47 | |
| | SQ *CHARAS CBLUEDRE SMRYNA TNUS | |
| | 05NOV* WITHDRAWAL                               -207.63 | |
| | WM SUPERCENTER #272 FRANKLIN TNUS | |

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2.  Financial and Tax Summary on last page **

AED-7975

| ACCOUNT NUMBER | PAGE |
|---|---|
| ██████9651 | 2 |



| SOCIAL SECURITY NO | FROM STATEMENT PERIOD | TO |
|---|---|---|
| ██████0065 | 01NOV19 | 30NOV19 |

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9296

```
05NOV' WITHDRAWAL                                              -96.96
   WM SUPERCENTER #272 FRANKLIN TNUS
05NOV' WITHDRAWAL                                              -45.30
   SHELL OIL 91002689399 SMYRNA TNUS
05NOV' DEPOSIT                                                  45.30
   Overdraft transfer from *****9651-S0
06NOV  WITHDRAWAL                                            -1250.00
   CASH APP*LASHUNDRA 8774174551 CAUS
06NOV  DEPOSIT                                                1212.54
   Overdraft transfer from *****9651-S0
06NOV  WITHDRAWAL                                             -100.00
   CASH APP*PATRICK BR 8774174551 CAUS
06NOV' WITHDRAWAL                                             -335.22
   THE WEBSTAURANT STORE 717-392-7472 PAUS
06NOV' DEPOSIT                                                 335.22
   Overdraft transfer from *****9651-S0
07NOV  WITHDRAWAL ELYSIAN NAILS SMYRNA TNUS                   -110.00
07NOV  DEPOSIT                                                 110.00
   Overdraft transfer from *****9651-S0
06NOV  WITHDRAWAL SS TCC BEAUTY STRIPE.COM CAUS               -308.70
06NOV  DEPOSIT                                                 308.70
   Overdraft transfer from *****9651-S0
05NOV' WITHDRAWAL MCDONALD'S F3119 SMYRNA TNUS                  -8.10
05NOV' DEPOSIT                                                   8.10
   Overdraft transfer from *****9651-S0
06NOV' WITHDRAWAL TARGET 00006957 FRANKLIN TNUS               -813.87
06NOV' DEPOSIT                                                 813.87
   Overdraft transfer from *****9651-S0
06NOV' WITHDRAWAL                                             -197.81
   BELK #0629 COOL-SPR FRANKLIN TNUS
06NOV' DEPOSIT                                                 197.81
   Overdraft transfer from *****9651-S0
06NOV' WITHDRAWAL                                             -546.25
   THE CARISSA COLLECTION ANTIOCH TNUS
06NOV' DEPOSIT                                                 546.25
   Overdraft transfer from *****9651-S0
07NOV  WITHDRAWAL                                             -102.27
   WAL-MART #0406 570 ENON SPRINGS ROAD SMYRNA TNUS
07NOV  DEPOSIT                                                 102.27
   Overdraft transfer from *****9651-S0
07NOV  DEPOSIT E-Branch                                       2300.00
   Transfer "STD" 2,300.00 from share 0
06NOV' WITHDRAWAL                                              -75.00
   000SECURITY-FINANCE.COM800-3958195 SCUS
06NOV' DEPOSIT                                                  18.95
   Overdraft transfer from *****9651-S0
06NOV' WITHDRAWAL                                             -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   07NOV An Overdraft Advantage payment was made on 07NOV2019
      in the amount of 75.00.
07NOV  WITHDRAWAL-Fee                                         -25.00
   07NOV TRANSFER FEE(S)   1 @ $25.00
06NOV' WITHDRAWAL BURGER KING #2722 ANTIOCH TNUS              -11.34
06NOV' WITHDRAWAL                                             -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019,
      in the amount of 11.34.
07NOV' WITHDRAWAL WAL-MART #0406 SMYRNA TNUS                  -37.61
```

ASCEND FEDERAL CREDIT UNION
P.O. BOX 1210
TULLAHOMA, TN 37388

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| ████ 9651 | | 3 |
| ████ 0065 | 01NOV19 | 30NOV19 |
| SOCIAL SECURITY NO. | FROM | TO |
| | STATEMENT PERIOD | |



SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

```
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019
        in the amount of 37.61.
07NOV  WITHDRAWAL                                          -200.00
   CASH APP VICTORIA B 0774174551 CAUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019
        in the amount of 200.00.
07NOV  WITHDRAWAL                                           -70.00
   DELTA AIR Baggage Fee NASHVILLE TNUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019
        in the amount of 70.00.
07NOV  WITHDRAWAL                                           -70.00
   DELTA AIR Baggage Fee NASHVILLE TNUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019
        in the amount of 70.00.
08NOV  WITHDRAWAL                                            -8.72
   PRICELN Delta Air Line 800-774-2354 CTUS
08NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019
        in the amount of 8.72.
07NOV  WITHDRAWAL                                          -274.00
   DELTA AIR 00674131599 NORWALK CTUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019
        in the amount of 274.00.
07NOV  WITHDRAWAL                                          -274.00
   DELTA AIR 00674131599 NORWALK CTUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   08NOV An Overdraft Advantage payment was made on 08NOV2019
        in the amount of 274.00.
07NOV  WITHDRAWAL                                          -177.06
   GFS STORE #1523 MURFREESBORO TNUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   09NOV An Overdraft Advantage payment was made on 09NOV2019
        in the amount of 177.06.
07NOV  WITHDRAWAL                                          -227.30
   AMERICAN AIR00175102176 FORT WORTH TXUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
   09NOV An Overdraft Advantage payment was made on 09NOV2019
        in the amount of 227.30.
07NOV  WITHDRAWAL                                          -227.30
   AMERICAN AIR00175102176 FORT WORTH TXUS
07NOV  WITHDRAWAL                                           -25.00
   OVERDRAFT ADVANTAGE NSF FEE, 25.00
```

ASCEND FEDERAL CREDIT UNION
P.O. BOX 1210
TULLAHOMA, TN 37388



| ACCOUNT NUMBER | PAGE |
|---|---|
| ███████9651 | 4 |

| ███████0065 | 01NOV19 | 30NOV19 |
|---|---|---|
| SOCIAL SECURITY NO. | FROM | TO |
| | STATEMENT PERIOD | |

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

```
     09NOV An Overdraft Advantage payment was made on 09NOV2019
           in the amount of 227.30.
11NOV  WITHDRAWAL                                              -335.84
    GFS STORE #1523 465 North Thompson LaneMurfreesboro TNUS
11NOV  WITHDRAWAL                                              -104.47
    WAL-MART #0406 570 ENON SPRINGS ROAD SMYRNA TNUS
10NOV* WITHDRAWAL                                             -2134.38
    EDEN ROC BEACH RESORT MIAMI BEACH FLUS
10NOV* WITHDRAWAL FREEDOM/ATM OD FEE, 25.00                     -25.00
11NOV  WITHDRAWAL .                                            -200.00
    CASH APP*PATRICK BR 8774174551 CAUS
11NOV  WITHDRAWAL FREEDOM/ATM OD FEE, 25.00                     -25.00
21NOV  DEPOSIT-ACH-MISC-PAY                                   31400.00
    TREAS 310 (MISC PAY)
21NOV  WITHDRAWAL KARICHIYA D NELSON                         -18877.00
21NOV  WITHDRAWAL                                              -309.00
    PAYPAL *PROFESSIONA Visa Direct CAUS
21NOV  WITHDRAWAL                                             -4000.00
21NOV* WITHDRAWAL CASH APP* 8774174551 CAUS                    -450.00
21NOV  WITHDRAWAL                                              -680.00
    CASH APP*VICTORIA*B 8774174551 CAUS
21NOV  WITHDRAWAL                                             -1750.00
    CASH APP*JASON MCH 8774174551 CAUS
21NOV* WITHDRAWAL CASH APP* 8774174551 CAUS                     -75.00
21NOV* WITHDRAWAL                                              -200.00
    CASH APP*PATRICK BR 8774174551 CAUS
21NOV* WITHDRAWAL TARGET 00023606 SMYRNA TNUS                  -125.84
22NOV* WITHDRAWAL                                              -341.25
    THE WEBSTAURANT STORE 717-392-7472 PAUS
23NOV  WITHDRAWAL ELYSIAN NAILS SMYRNA TNUS                     -35.00
23NOV* WITHDRAWAL IHOP 0490 CALHOUN GAUS                        -35.58
23NOV* WITHDRAWAL                                              -139.74
    TWELVE ATLANTIC STATIONATLANTA GAUS
23NOV* WITHDRAWAL                                              -70.37
    TWELVE ATLANTIC STATIONATLANTA GAUS
23NOV* WITHDRAWAL                                              -79.99
    TWELVE ATLANTIC STATIONATLANTA GAUS
24NOV* WITHDRAWAL                                              -10.00
    SQ *JONES CHECKER C ATLANTA GAUS
24NOV* WITHDRAWAL                                             -125.00
    CASH APP*VICTORIA B 8774174551 CAUS
24NOV* WITHDRAWAL                                              -43.62
    BP#8994899BP BELLS FERRMARIETTA GAUS
24NOV* WITHDRAWAL                                               -5.53
    BP#8994899BP BELLS FERRMARIETTA GAUS
25NOV  WITHDRAWAL                                              -20.00
    GOOGLE *GSUITE ontop.g cc@google.comCAUS
24NOV* WITHDRAWAL MCDONALD'S F1788 MARIETTA GAUS               -14.16
24NOV* WITHDRAWAL                                              -39.95
    PRESENTERMEDIA 605-274-2424 SDUS
25NOV  WITHDRAWAL                                              -43.55
    FREELOGOSERVICES.COM 347-735-6462 NVUS
24NOV* WITHDRAWAL                                             -336.57
    TWELVE CENTENNIAL PARK ATLANTA GAUS
24NOV* WITHDRAWAL                                             -120.99
    PAYPAL *MISSTOOK 402-935-7733 CAUS
25NOV  WITHDRAWAL                                             -223.68
    SOUTHWESTAIR52621441902PAYPAL COM TXUS
```



ASCEND FEDERAL CREDIT UNION
P.O. BOX 1210
TULLAHOMA, TN 37388

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

```
25NOV  WITHDRAWAL                                       -75.00
  CASH APP*VICTORIA B 8774174551 CAUS
25NOV  WITHDRAWAL NES/EZ-PAY 615-736-6900 TNUS         -292.23
25NOV* WITHDRAWAL                                       -50.83
  WM SUPERCENTER #272 FRANKLIN TNUS
25NOV* WITHDRAWAL                                       -13.85
  HOLLYWOOD 27 NVILLE NASHVILLE TNUS
25NOV* WITHDRAWAL                                        -9.71
  PANDA EXPRESS #1786 FRANKLIN TNUS
26NOV  WITHDRAWAL                                       -31.54
  REGAL CINEMAS MOBILE AP877-835-5734 TNUS
27NOV* WITHDRAWAL                                       -60.00
  CASH APP*LASHUNDRA 8774174551 CAUS
29NOV* WITHDRAWAL MARSHALLS #0594 FRANKLIN TNUS        -141.57
```

```
86 Withdrawals = 70154.15  14 Deposits = 72412.68  0 Checks Cleared
Your new balance on 30NOV19.................................$    603.70
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 350.00 | 950.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Your financial summary

```
Your total Checking balances............................$    603.70
Your total Savings balances.............................$      5.07
```

TD Tax summary

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$    0.08
```

```
Based on your relationship with Ascend in
November, your account maintenance, check cashing
fees and fees for up to three (3) cashier's
checks will be waived for December. Don't have
e-statements? Enroll today to avoid paper
statement fees. Your loyalty matters here.
```





AED3533490-SATM-6690

P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org

Scan to learn about
e-statements.

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| ●●●●2592 | | 1 |
| | 01NOV19 | 30NOV19 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

18

AED3533490-SATM-6690 T

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

Ascend Offers Great Savings Options!
Want to save for an emergency fund,
home improvements, a family vacation,
or another big goal? Ascend continues
to offer great rates on certificates
and Money Market accounts. View
current rates at ascend.org

NOTICE: See reverse side for important information

AED0000284181626242929259 2Z062862751

| SAVINGS<br>Suffix 0 | Your balance at the beginning of the period................$ | | 0.00 |
|---|---|---|---|
| | Your new balance on 30NOV19................................$ | | 0.00 |

| | | Total for<br>this period | Total<br>year-to-date |
|---|---|---|---|
| | TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| | TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

**BUSINESS CHECKING Suffix 50**

No. 12429292592. Balance at the beginning of the period....$ 500.00
Additions and miscellaneous withdrawals:

```
15NOV  DEPOSIT                                        450.00
15NOV  WITHDRAWAL                                    -450.00
16NOV  WITHDRAWAL                                    -100.00
       WALGREENS #0-376310 806 NISSAN DRIVE SMYRNA TNUS
21NOV  DEPOSIT COMONICA L BROWDER                  18877.00
21NOV  WITHDRAWAL                                 -18610.00
21NOV  WITHDRAWAL                                    -267.00
```

4 Withdrawals = 19427.00  2 Deposits = 19327.00  0 Checks Cleared
Your new balance on 30NOV19................................$ 400.00

| | | Total for<br>this period | Total<br>year-to-date |
|---|---|---|---|
| | TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| | TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

**Your Financial Summary**

Your total Checking balances................................$ 400.00
Your total Savings balances................................$ 0.00

**YTD Tax Summary**

YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 0.00

Based on your relationship with Ascend in
November, your account maintenance, check cashing
fees and fees for up to three (3) cashier's
checks will be waived for December. Don't have
e-statements? Enroll today to avoid paper
statement fees. Your loyalty matters here.

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

AED-7975