## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Simplicity Caterers, LLC   **CASE NO:** 19-82798CRJ-11 **MONTH ENDING:** December 2019

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.   YES X NO _____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

   N/A YES   __NO__   All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

2.   YES _X_ NO ___   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:      TYPE_____not in force.

                      TYPE_____not in force.

3.   YES _X_   NO ___   New books and records were opened and are being maintained daily.

4.   YES _X_   NO ___   Copies of <u>all</u> banks statements and reconciliations are attached .

5.   YES _X_   NO ___   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.   YES _X_   NO ___   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 12-15-2019              *Stephanie L. Lanier*
                              RESPONSIBLE PARTY

Phone No.256-679-0363
            **Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME: SIMPLICITY CATERERS**     **CASE NO. : 19-82798-CRJ-11**     MONTH ENDING: December 2019

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual   **(Circle One)**   -Cash X |
|---|---|
| CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month. | 1.   REVENUE FROM TOTAL SALES    $ 63,270.00 |
| A.   CASH ON HAND(Beginning) **695.00** | 2.   LESS COST OF THOSE SALES   42,776.59<br>(Cost of materials, Labor, etc.) |
| B.   RECEIPTS: | |
| Accounts Receivable from Form BA-02 (A)-Line II(C) 62,509 | 3.   EQUALS GROSS PROFIT (1 minus 2)   20,493.41 |
| Cash Sales   761.00 | 4.   LESS OPERATING EXPENSES   15,061.99 |
| Loan Proceeds from_____ 0 | 5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)   5,431.42 |
| Sale of Property   0<br>(Not in ordinary course of business) | 6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other_____ 0 | |
| _____ 0 | 2,824.62 |
| C.   TOTAL RECEIPTS (Total of B)   $63,270 | Conference Cost (2Empl) |
| D.   BUSINESS DISBURSEMENTS FROM FORM BA-02 (B)   60,666.32 | 7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   2,606.80 |
| E.   SURPLUS OR DEFICIT (C minus D)   2,603.68 | |
| F.   CASH ON HAND (End) (A plus E)   3,298.68 | *** Please itemize Cost of Sales and Expenses on a separate sheet of paper.** |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 12-15-2019

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS    **CASE NO. :** 19-798-CRJ-11    MONTH ENDING  Decembermber 2019

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.    **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.    Amount collected this month on accounts
        receivable charged and paid this month.        $   52,167.50

    B.    Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.        $  10,341.50

    C.    TOTAL collected this month on accounts
        receivable.        $  62,509.00

III.    **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| National Guard | 5,000 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE____12-15-2019_____    _Stephanie L. Lanier_____
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS     **CASE NO. :** _19-82798-CRJ-11 MONTH ENDING: December 2019

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES...............................................$ | | 206 |
| ADVERTISING................................................... | | 0 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............ | | |
| COMMISSIONS/CONTRACT LABOR.............................. | | 375 |
| INSURANCE (TOTAL)....................................... | | 410 |

|   |   |   |
|---|---|---|
| AUTO | $ | 0 |
| LIABILITY | | 410.00 |
| LIFE | | 0 |
| MEDICAL    CASUALTY | | 0 |
| FIRE & THEFT    WORKMAN'S | | 0 |
| COMP.    OTHER General | | 0 |
| Liability | | 0 |
| | | 0 |

| | | |
|---|---|---|
| INTEREST PAID.......................................... | | 0 |
| INVENTORY PURCHASED.................................... | | 25,170.59 |
| LEGAL FEES | | 650.00 |
| Bank Fees............................................. | | 1085.45 |
| RENT/LEASE PAYMENTS ON REAL ESTATE..................... | | 0 |
| REPAIRS & MAINTENANCE.Chemicals....................... | | 5,612.45 |
| SALARIES/WAGES PAID.................................... | | 13,356.00 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]........... | | 0 |
| SUPPLIES (TOTAL)....................................... | | 1609.04 |

| | | |
|---|---|---|
| OFFICE | $ | 1464.45 |
| OPERATING | | 144.59 |

| | | |
|---|---|---|
| TRAVEL & ENTERTAINMENT................................. | | 2704.20 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]............... | | 4250.00 |
| UNSECURED LOAN PAYMENTS................................ | | |
| UTILITIES (TOTAL)..................................... | | 2,409.85 |

| | | |
|---|---|---|
| | $ | 0 |
| | | 0 |
| Telephone $533.25 | | 0 |

Personal Living Expense IN $1,876.60

| | | |
|---|---|---|
| OTHER BUSINESS DISBURSEMENTS Owner Withdrawal=$2387 | | 2824.62 |
| (Specify)               Personal Bills=$437.62 | | |
| **TOTAL BUSINESS DISBURSEMENTS**..........................$ | | 60,666.32 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 12-15-2019

*Stephanie L. Lanier*

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS   **CASE NO. :** 19-82798-CRJ-11   MONTH ENDING: December 2019

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. __X__ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-15-2019 _____          *Stephanie L. Lanier*
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(C)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS      CASE NO.: 19-82798-CRJ-11 MONTH ENDING: December 2019

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 12-9-19 | 13,356.00 | 3409.37 | 3409.37 | 0 | 0 |
| Previous Pmt Balance- Nov 2019=$840.63 | | | 840.63 | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | ($1950 + 2300) | | 4250.00 | 0 | 0 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-15-2019        *Stephanie L. Lanier*
                       RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** <u>SIMPLICITY CATERERS</u>    **CASE NO.:** <u>19-82798-CRJ</u>

**MONTH ENDING:** December 2019

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Ascend FCU | ████9651- Checking | 3762.61 | 12-31-19 | Post Petition |
| | ████9651- Savings | 5.07 | 12-31-19 | Post Petition |
| | ████2592- Checking | 5005.37 | 12-31-19 | Post Petition |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | | |
|---|---|---|---|
| Officer #1    (Name) Stephanie L. Lanier | | $ | 0 |
| Officer #2    (Name) N/A | | $ | |
| Other Officer  (Name) N/A | | $ | 0 |
| Employees (Number) 8 | | $ | 13,356 |
| Employees (Relatives) 0 | | $ | |
| Name | | $ | |
| Name | | $ | |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ 1677.00 |
| Inventory - Purchased this Month - CASH | $ 17,011 |
| Inventory - Purchased this Month - CREDIT | $ 0 |
| Inventory - End of Month (COST) | $ 2272.12 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X   A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

12-15-2019                          *Stephanie L. Lanier*
_____          _____
                                      RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:**   SIMPLICITY CATERERS          **CASE NO. :** 19-82798-CRJ-11   **MONTH ENDING:** December-2019

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

__X__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-15-2019                    —*Stephanie L. Lanier*—
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**



AED3572247-SAT2-332

**Ascend**
Federal Credit Union®

P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org



Scan to learn about
e-statements.

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| 9651 | | 1 |
| SOCIAL SECURITY NUMBER | 01DEC19 | 31DEC19 |
| | FROM | TO |
| 18 | STATEMENT PERIOD | |

AED3572247-SAT2-332 T

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

What will you do with your share?
This year, Ascend returned more
than $8 million to members! The
2019 member return appears on this
statement. Thank you for your
membership!

NOTICE: See reverse side for important information

AED000026418162619538296512052862751

| SAVINGS Suffix 0 | | | | |
|---|---|---|---|---|
| | Your balance at the beginning of the period...............$ | | | 5.07 |
| 01DEC | WITHDRAWAL-Fee | | -1.00 = | 4.07 |
| | 01DEC PAPER STMT FEE 1 @ $1.00 | | | |
| 06DEC | DEPOSIT | | 1.00 = | 5.07 |
| | Transfer 'STS' 1.00 from acct: *****9651-50 | | | |
| 10DEC | DEPOSIT E-Branch | | 8000.00 = | 8005.07 |
| | Transfer "DTS" 8,000.00 from share 50 | | | |
| 10DEC | WITHDRAWAL E-Branch | | -200.00 = | 7805.07 |
| | Transfer "STD" 200.00 to share 50 | | | |
| 09DEC* | WITHDRAWAL | | -7.93 = | 7797.14 |
| | Overdraft transfer to *****9651-S50 | | | |
| 10DEC* | WITHDRAWAL | | -50.47 = | 7746.67 |
| | Overdraft transfer to *****9651-S50 | | | |
| 10DEC* | WITHDRAWAL | | -201.43 = | 7545.24 |
| | Overdraft transfer to *****9651-S50 | | | |
| 10DEC* | WITHDRAWAL | | -218.00 = | 7327.24 |
| | Overdraft transfer to *****9651-S50 | | | |
| 10DEC* | WITHDRAWAL | | -66.37 = | 7260.87 |
| | Overdraft transfer to *****9651-S50 | | | |
| 10DEC* | WITHDRAWAL | | -80.99 = | 7179.88 |
| | Overdraft transfer to *****9651-S50 | | | |
| 12DEC | WITHDRAWAL | | -136.89 = | 7042.99 |
| | Overdraft transfer to *****9651-S50 | | | |
| 11DEC* | WITHDRAWAL | | -43.97 = | 6999.02 |
| | Overdraft transfer to *****9651-S50 | | | |
| 12DEC | WITHDRAWAL | | -235.16 = | 6763.86 |
| | Overdraft transfer to *****9651-S50 | | | |
| 12DEC | WITHDRAWAL | | -39.75 = | 6724.11 |
| | Overdraft transfer to *****9651-S50 | | | |
| 12DEC | WITHDRAWAL | | -20.00 = | 6704.11 |
| | Overdraft transfer to *****9651-S50 | | | |
| 12DEC* | WITHDRAWAL | | -227.00 = | 6477.11 |
| | Overdraft transfer to *****9651-S50 | | | |
| 12DEC* | WITHDRAWAL | | -100.00 = | 6377.11 |
| | Overdraft transfer to *****9651-S50 | | | |
| 12DEC* | WITHDRAWAL | | -200.00 = | 6177.11 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -230.81 = | 5946.30 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -100.00 = | 5846.30 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC | WITHDRAWAL | | -2.29 = | 5844.01 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC | WITHDRAWAL | | -30.00 = | 5814.01 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -50.00 = | 5764.01 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -150.00 = | 5614.01 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -300.00 = | 5314.01 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -150.00 = | 5164.01 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -110.99 = | 5053.02 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -378.78 = | 4674.24 |
| | Overdraft transfer to *****9651-S50 | | | |
| 13DEC* | WITHDRAWAL | | -3.30 = | 4670.94 |
| | Overdraft transfer to *****9651-S50 | | | |

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

AED-7975

Case 19-82798-CRJ11 Doc 81 Filed 02/03/20 Entered 02/03/20 14:25:51 Desc Main
Document Page 9 of 17



P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

AED3572247-SAT2-332

| ACCOUNT NUMBER | PAGE |
|---|---|
| ●●●●●●9651 | 2 |

| SOCIAL SECURITY NUMBER | 01DEC19 | 31DEC19 |
|---|---|---|
| | FROM | TO |
| | STATEMENT PERIOD | |

```
13DEC* WITHDRAWAL                                          -17.54 =      4653.40
      Overdraft transfer to ****9651-S50
13DEC* WITHDRAWAL                                         -103.97 =      4549.43
      Overdraft transfer to ****9651-S50
14DEC  WITHDRAWAL                                         -436.96 =      4112.47
      Overdraft transfer to ****9651-S50
14DEC  WITHDRAWAL                                         -436.96 =      3675.51
      Overdraft transfer to ****9651-S50
14DEC  WITHDRAWAL                                          -55.00 =      3620.51
      Overdraft transfer to ****9651-S50
14DEC* WITHDRAWAL                                         -600.00 =      3020.51
      Overdraft transfer to ****9651-S50
14DEC* WITHDRAWAL                                          -90.20 =      2930.31
      Overdraft transfer to ****9651-S50
15DEC* WITHDRAWAL                                         -299.32 =      2630.99
      Overdraft transfer to ****9651-S50
15DEC* WITHDRAWAL                                          -70.51 =      2560.48
      Overdraft transfer to ****9651-S50
16DEC  WITHDRAWAL                                         -127.31 =      2433.17
      Overdraft transfer to ****9651-S50
16DEC  WITHDRAWAL                                          -60.74 =      2372.43
      Overdraft transfer to ****9651-S50
15DEC  WITHDRAWAL                                          -38.66 =      2333.77
      Overdraft transfer to ****9651-S50
16DEC  WITHDRAWAL                                          -35.00 =      2298.77
      Overdraft transfer to ****9651-S50
16DEC* WITHDRAWAL                                         -192.66 =      2106.11
      Overdraft transfer to ****9651-S50
17DEC  WITHDRAWAL                                           -5.00 =      2101.11
      Overdraft transfer to ****9651-S50
16DEC* WITHDRAWAL                                          -52.36 =      2048.75
      Overdraft transfer to ****9651-S50
18DEC  DEPOSIT                                             11.03 =      2059.78
18DEC  WITHDRAWAL STEPHANIE LANIER                      -2000.00 =        59.78
17DEC* WITHDRAWAL                                          -54.78 =         5.00
      Overdraft transfer to ****9651-S50
30DEC  DEPOSIT E-Branch                                  5000.00 =      5005.00
      Transfer "DTS" 5,000.00 from share 50
31DEC  DIVIDEND through 31DEC2019                           0.37 =      5005.37
      ANNUAL PERCENTAGE YIELD EARNED:   0.30% FOR A 31 DAY PERIOD
      Average Daily Balance:        1440.25

Your new balance on 31DEC19.................................$    5005.37
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

```
Dividends Paid To You In 2019 On Suffix 0        $       0.45
```

=================================================================

| | |
|---|---|
| BUSINESS CHECKING Suffix 50 | No. ●●●●●9651.  Balance at the beginning of the period....$    603.70 |

```
Additions and miscellaneous withdrawals:
30NOV* WITHDRAWAL                                         -43.14
      PAYPAL *SHAMENOUCHE 4029357733 HK

      01DEC Single-Currency International Service Assessment Fee
      Assessed = 0.43
01DEC  WITHDRAWAL COMCAST 800-266-2278 GAUS              -265.84
30NOV* WITHDRAWAL                                         -10.83
      WM SUPERCENTER #7020 LA VERGNE TNUS
30NOV* WITHDRAWAL                                         -25.00
      COMPASS SELF STOR 472 615-4596145 TNUS
30NOV* WITHDRAWAL                                          -7.52
      TACO BELL #029560 BRENTWOOD TNUS
30NOV* WITHDRAWAL                                        -128.99
      PAYPAL *MISSTOOK 402-935-7733 CAUS
      02DEC An Overdraft Advantage payment was made on 02DEC2019
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 3.  Financial and Tax Summary on last page **
Case 19-82798-CRJ11   Doc 81   Filed 02/03/20   Entered 02/03/20 14:25:51   Desc Main
                          Document      Page 10 of 17



P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

AED3572247-SAT2-332

| ACCOUNT NUMBER | PAGE |
| --- | --- |
| ⬛9651 | 3 |

| SOCIAL SECURITY NUMBER | 01DEC19 FROM | 31DEC19 TO |
| --- | --- | --- |
| | STATEMENT PERIOD | |

```
                    in the amount of 128.99.
30NOV* WITHDRAWAL                                        -17.89
    PAYPAL *NICHETOYS 402-935-7733 CAUS
    02DEC An Overdraft Advantage payment was made on 02DEC2019
         in the amount of 17.89.
01DEC* WITHDRAWAL SAMSCLUB #6249 FRANKLIN TNUS          -986.16
01DEC* WITHDRAWAL                                        -25.00
    OVERDRAFT ADVANTAGE NSF FEE, 25.00
    02DEC An Overdraft Advantage payment was made on 02DEC2019
         in the amount of 986.16.
01DEC* WITHDRAWAL GFS STORE #1519 BRENTWOOD TNUS        -605.09
01DEC* WITHDRAWAL FREEDOM/ATM OD FEE, 25.00              -25.00
04DEC  DEPOSIT                                          2100.00
04DEC  DEPOSIT                                            10.00
05DEC  DEPOSIT-ACH-MISC-PAY                            27173.00
    TREAS 310 (MISC PAY)
05DEC* WITHDRAWAL                                       -265.00
    CASH APP*VICTORIA B 8774174551 CAUS
05DEC* WITHDRAWAL                                      -1010.00
    CASH APP*VICTORIA B 8774174551 CAUS
05DEC* WITHDRAWAL                                       -200.00
    GIV*ST LUKE CHRI 256-7211294 ALUS
05DEC* WITHDRAWAL                                       -200.00
    CASH APP*PATRICK BR 8774174551 CAUS
06DEC  WITHDRAWAL                                      -8000.00
06DEC  WITHDRAWAL                                      -1950.00
06DEC  WITHDRAWAL                                         -1.00
    Transfer 'STS' 1.00 to acct: *****9651-0
06DEC  WITHDRAWAL                                        -42.60
    SAMS CLUB #6249 SAM'S Club FRANKLIN TNUS
05DEC* WITHDRAWAL                                       -307.98
    SOUTHWES 52621481549800-435-9792 TXUS
05DEC* WITHDRAWAL                                       -307.98
    SOUTHWES 52621481549800-435-9792 TXUS
06DEC* WITHDRAWAL                                       -120.67
    RENT THE RUNWAY 800-5090842 NYUS
06DEC* WITHDRAWAL                                       -184.33
    RENT THE RUNWAY 800-5090842 NYUS
06DEC* WITHDRAWAL                                       -265.00
    CASH APP*K SANDERS 8774174551 CAUS
06DEC* WITHDRAWAL WAL-MART #0406 SMYRNA TNUS            -57.10
06DEC* WITHDRAWAL WAL-MART #0406 SMYRNA TNUS            -38.24
06DEC* WITHDRAWAL                                       -855.64
    SAMSCLUB #6501 MURFREESBORO TNUS
06DEC* WITHDRAWAL                                        -34.96
    WM SUPERCENTER #406 SMYRNA TNUS

06DEC* WITHDRAWAL                                       -348.12
    WM SUPERCENTER #406 SMYRNA TNUS
06DEC* WITHDRAWAL                                       -233.65
    SAMS CLUB #6501 MURFREESBORO TNUS
06DEC* WITHDRAWAL POPEYES 11223 SMYRNA TNUS              -7.67
06DEC* WITHDRAWAL                                        -75.00
    000SECURITY-FINANCE.COM800-3958195 SCUS
07DEC  WITHDRAWAL CASH APP* 8774174551 CAUS            -300.00
07DEC* WITHDRAWAL                                        -37.35
    PAYPAL *GEEKO TECH 4029357733 HK
    09DEC Single-Currency International Service Assessment Fee
    Assessed = 0.37
07DEC* WITHDRAWAL                                        -89.87
    PAYPAL *THE SELLER 4029357733 HK
    09DEC Single-Currency International Service Assessment Fee
    Assessed = 0.89
06DEC* WITHDRAWAL GFS STORE #1519 BRENTWOOD TNUS       -745.83
06DEC* WITHDRAWAL GFS STORE #1519 BRENTWOOD TNUS        -23.78
07DEC* WITHDRAWAL                                       -196.06
    WM SUPERCENTER #406 SMYRNA TNUS
07DEC* WITHDRAWAL                                       -176.86
    WM SUPERCENTER #406 SMYRNA TNUS
07DEC* WITHDRAWAL                                        -39.60
    HOMEGOODS #1007 MURFREESBORO TNUS
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 4. Financial and Tax Summary on last page **

Case 19-82798-CRJ11   Doc 81   Filed 02/03/20   Entered 02/03/20 14:25:51   Desc Main
Document      Page 11 of 17



P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

AED3572247-SAT2-332

| ACCOUNT NUMBER | PAGE |
|---|---|
| ▮▮9651 | 4 |

| SOCIAL SECURITY NUMBER | 01DEC19 | 31DEC19 |
|---|---|---|
| | FROM | TO |
| | STATEMENT PERIOD | |

```
08DEC* WITHDRAWAL
   CASH APP*VICTORIA B 8774174551 CAUS                       -100.00
08DEC* WITHDRAWAL
   CASH APP*LASHUNDRA 8774174551 CAUS                        -963.00
09DEC  WITHDRAWAL COMCAST 800-266-2278 GAUS                  -323.99
09DEC  WITHDRAWAL                                            -376.13
   CITY OF BRENTWOOD 615-371-0060 TNUS
09DEC  WITHDRAWAL                                            -403.95
   CITY OF BRENTWOOD 615-371-0060 TNUS
09DEC  WITHDRAWAL                                            -508.00
09DEC  WITHDRAWAL                                             -86.00
09DEC  WITHDRAWAL                                            -227.00
09DEC  WITHDRAWAL                                             -58.00
09DEC  WITHDRAWAL                                            -352.00
09DEC  WITHDRAWAL                                            -136.00
   RTCK SIMPLICITY CATERERS LANIER NSF                      -2100.00
09DEC  WITHDRAWAL RTCK FEE                                    -20.00
09DEC  WITHDRAWAL                                             -63.51
   PAYPAL *HONGKONGJIG 4029357733 HK
   09DEC Single-Currency International Service Assessment Fee
       Assessed = 0.63
08DEC* WITHDRAWAL MCDONALD'S F8119 SMYRNA TNUS                 -8.11
09DEC* WITHDRAWAL                                            -542.00
   CASH APP*MIESSHA 8774174551 CAUS
09DEC* WITHDRAWAL                                             -50.00
   CASH APP*STEPHANIE* 8774174551 CAUS
09DEC* WITHDRAWAL                                            -611.00
   CASH APP*WILLIAM KE 8774174551 CAUS
09DEC* WITHDRAWAL                                            -852.00
   CASH APP*COMONICA B 8774174551 CAUS
09DEC* WITHDRAWAL ATMOS ENERGY 888-286-6700 TXUS            -192.00
09DEC* WITHDRAWAL TARGET 00023606 SMYRNA TNUS               -133.70
09DEC* WITHDRAWAL                                             -77.31

   CONNORS STEAK AND SEAFORFRANKLIN TNUS
10DEC  WITHDRAWAL                                            -186.07
   WM SUPERCENTER # Wal Mart Super Center SMYRNA TNUS
10DEC  WITHDRAWAL                                            -154.65
   PAYPAL *PROFESSIONA Visa Direct CAUS
09DEC* WITHDRAWAL STAPLES 00118455 SMYRNA TNUS              -812.62
10DEC  DEPOSIT-ACH-MISC-PAY                                10341.50
   TREAS 310 (MISC PAY)
10DEC  WITHDRAWAL E-Branch                                 -8000.00
   Transfer "DTS" 8,000.00 to share 0
10DEC  WITHDRAWAL                                          -1500.00
   CASH APP*JASON JOHN 8774174551 CAUS
10DEC  WITHDRAWAL                                          -2300.00
10DEC  WITHDRAWAL                                           -124.14
   PAYPAL *XIANDEMAOYU 4029357733 HK
   10DEC Single-Currency International Service Assessment Fee
       Assessed = 1.23
10DEC  DEPOSIT E-Branch                                      200.00
   Transfer "STD" 200.00 from share 0
09DEC* WITHDRAWAL CHICK-FIL-A #01991 SMYRNA TNUS              -7.93
09DEC* DEPOSIT                                                 7.93
   Overdraft transfer from *****9651-S0
10DEC* WITHDRAWAL                                            -50.47
   THE WEBSTAURANT STORE 717-392-7472 PAUS
10DEC* DEPOSIT                                                50.47
   Overdraft transfer from *****9651-S0
10DEC* WITHDRAWAL                                           -201.43
   VERIZON WRLS IVR VE 800-9220204 CAUS
10DEC* DEPOSIT                                               201.43
   Overdraft transfer from *****9651-S0
10DEC* WITHDRAWAL                                           -218.00
   DAVINCI VIRTUAL OFFICE 801-9909200 UTUS
10DEC* DEPOSIT                                               218.00
   Overdraft transfer from *****9651-S0
10DEC* WITHDRAWAL                                            -83.53
   WM SUPERCENTER #272 FRANKLIN TNUS
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 5. ˙ Financial and Tax Summary on last page **

Case 19-82798-CRJ11   Doc 81   Filed 02/03/20   Entered 02/03/20 14:25:51   Desc Main
Document   Page 12 of 17



P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

AED3572247-SAT2-332

| ACCOUNT NUMBER | PAGE |
|---|---|
| ■■■■9651 | 5 |

| SOCIAL SECURITY NUMBER | 01DEC19 | 31DEC19 |
|---|---|---|
| | FROM | TO |
| | STATEMENT PERIOD | |

```
10DEC* DEPOSIT                                         66.37
    Overdraft transfer from *****9651-S0
10DEC* WITHDRAWAL SAMS CLUB #6249 FRANKLIN TNUS      -640.42
10DEC* WITHDRAWAL                                     -47.16
    PAYPAL *FASHIONNOVA 402-935-7733 CAUS
10DEC* WITHDRAWAL                                     -11.43
    PANDA EXPRESS #1786 FRANKLIN TNUS
10DEC* WITHDRAWAL                                      -9.71
    PANDA EXPRESS #1786 FRANKLIN TNUS
10DEC* WITHDRAWAL GFS STORE #1519 BRENTWOOD TNUS    -186.39
10DEC* DEPOSIT                                         80.99
    Overdraft transfer from *****9651-S0
11DEC* WITHDRAWAL                                     -16.31
    WAL-MART #5197 HAMPTON COVE ALUS
11DEC* WITHDRAWAL                                     -64.68
    WM SUPERCENTER #5197 OWENS X RDS ALUS
12DEC  WITHDRAWAL                                    -136.89
    WAL Wal-Mart Super 841671 0406 WAL SAMS SMYRNA TNUS
12DEC  DEPOSIT                                        136.89
    Overdraft transfer from *****9651-S0
11DEC* WITHDRAWAL                                     -43.97
    EXXONMOBIL 48297923 ARDMORE TNUS

11DEC* DEPOSIT                                         43.97
    Overdraft transfer from *****9651-S0
12DEC  WITHDRAWAL                                    -235.16
    SAMS CLUB #6501 SAM'S Club MURFREESBORO TNUS
12DEC  DEPOSIT                                        235.16
    Overdraft transfer from *****9651-S0
12DEC  WITHDRAWAL                                     -39.75
    GFS STORE #1523 465 North Thompson LaneMurfreesboro TNUS
12DEC  DEPOSIT                                         39.75
    Overdraft transfer from *****9651-S0
12DEC  WITHDRAWAL-Fee                                 -20.00
    12DEC TRANSFER FEE(S)  1 @ $20.00
12DEC  DEPOSIT                                         20.00
    Overdraft transfer from *****9651-S0
12DEC* WITHDRAWAL                                    -227.00
    HSV HOSP REGISTRATION HUNTSVILLE ALUS
12DEC* DEPOSIT                                        227.00
    Overdraft transfer from *****9651-S0
12DEC* WITHDRAWAL                                    -100.00
    CASH APP*CHRISTOPHE 8774174551 CAUS
12DEC* DEPOSIT                                        100.00
    Overdraft transfer from *****9651-S0
12DEC* WITHDRAWAL                                    -200.00
    CASH APP*CHRISTOPHE 8774174551 CAUS
12DEC* DEPOSIT                                        200.00
    Overdraft transfer from *****9651-S0
13DEC  WITHDRAWAL                                    -230.81
    GFS STORE #1523 465 North Thompson LaneMurfreesboro TNUS
13DEC  DEPOSIT                                        230.81
    Overdraft transfer from *****9651-S0
13DEC  WITHDRAWAL                                    -100.00
    L2G*TN SOS BUSSRV FILE|615-741-2286 TNUS
13DEC  DEPOSIT                                        100.00
    Overdraft transfer from *****9651-S0
13DEC  WITHDRAWAL                                      -2.29
    L2G*SERVICEFEE TN BUS|6615-741-2286 TNUS
13DEC  DEPOSIT                                          2.29
    Overdraft transfer from *****9651-S0
13DEC  WITHDRAWAL-Fee                                 -30.00
    13DEC TRANSFER FEE(S)  1 @ $30.00
13DEC  DEPOSIT                                         30.00
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL                                     -50.00
    CASH APP*CHRISTOPHE 8774174551 CAUS
13DEC* DEPOSIT                                         50.00
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL                                    -150.00
    CASH APP*CARLOS HEN 8774174551 CAUS
```

** Continued on page 6.  Financial and Tax Summary on last page **

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.



P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

AED3572247-SAT2-332

| ACCOUNT NUMBER | PAGE |
|---|---|
| ▓▓▓9651 | 6 |

| SOCIAL SECURITY NUMBER | 01DEC19 FROM | 31DEC19 TO |
|---|---|---|
| | STATEMENT PERIOD | |

```
13DEC* DEPOSIT                                              150.00
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL CASH APP* 8774174551 CAUS                -300.00
13DEC* DEPOSIT                                              300.00
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL                                          -150.00
    CASH APP*PATRICK BR 8774174551 CAUS
13DEC* DEPOSIT                                              150.00
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL WAL-MART #7020 LA VERGNE TNUS            -110.99
13DEC* DEPOSIT                                              110.99
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL WAL-MART #7020 LA VERGNE TNUS            -378.78
13DEC* DEPOSIT                                              378.78
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL                                            -3.30
    STYLESEAT BOOKING STYLESEAT.COMCAUS
13DEC* DEPOSIT                                                3.30
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL POPEYES 11223 SMYRNA TNUS                 -17.54
13DEC* DEPOSIT                                               17.54
    Overdraft transfer from *****9651-S0
13DEC* WITHDRAWAL                                          -103.97
    UHL*COMPASS SELF STORAGSMYRNA TNUS
13DEC* DEPOSIT                                              103.97
    Overdraft transfer from *****9651-S0
14DEC  WITHDRAWAL                                          -436.96
    SOUTHWESTAIR52621501168PAYPAL COM TXUS
14DEC  DEPOSIT                                              436.96
    Overdraft transfer from *****9651-S0
14DEC  WITHDRAWAL                                          -436.96
    SOUTHWESTAIR52621501168PAYPAL COM TXUS
14DEC  DEPOSIT                                              436.96
    Overdraft transfer from *****9651-S0
14DEC  WITHDRAWAL-Fee                                       -55.00
    14DEC TRANSFER FEE(S)  1 @ $55.00
14DEC  DEPOSIT                                               55.00
    Overdraft transfer from *****9651-S0
14DEC* WITHDRAWAL                                          -600.00
    CASH APP*MIESSHA 8774174551 CAUS
14DEC* DEPOSIT                                              600.00
    Overdraft transfer from *****9651-S0
14DEC* WITHDRAWAL                                           -90.20
    WM SUPERCENTER #406 SMYRNA TNUS
14DEC* DEPOSIT                                               90.20
    Overdraft transfer from *****9651-S0
15DEC* WITHDRAWAL                                          -299.32
    PALMS CASINO RESERVATI 7022216890 NVUS
15DEC* DEPOSIT                                              299.32
    Overdraft transfer from *****9651-S0
15DEC* WITHDRAWAL WAL-MART #0406 SMYRNA TNUS               -70.51
15DEC* DEPOSIT                                               70.51
    Overdraft transfer from *****9651-S0
16DEC  WITHDRAWAL                                          -127.31
    GFS STORE #1523 465 North Thompson LaneMurfreesboro TNUS
16DEC  DEPOSIT                                              127.31
    Overdraft transfer from *****9651-S0
16DEC  WITHDRAWAL                                           -60.74
    WM SUPERCENTER # Wal Mart Super Center SMYRNA TNUS
16DEC  DEPOSIT                                               60.74
    Overdraft transfer from *****9651-S0
15DEC* WITHDRAWAL                                           -38.66
    PAYPAL *HONGKONGJIG 4029357733 HK
    16DEC Single-Currency International Service Assessment Fee
        Assessed = 0.38
15DEC* DEPOSIT                                               38.66
    Overdraft transfer from *****9651-S0
16DEC  WITHDRAWAL-Fee                                       -35.00
    16DEC TRANSFER FEE(S)  1 @ $35.00
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 7.  Financial and Tax Summary on last page **

Case 19-82798-CRJ11   Doc 81   Filed 02/03/20   Entered 02/03/20 14:25:51   Desc Main
Document   Page 14 of 17



P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

AED3572247-SAT2-332

| ACCOUNT NUMBER | PAGE |
|---|---|
| ●●●●9651 | 7 |

| SOCIAL SECURITY NUMBER | 01DEC19 FROM | 31DEC19 TO |
|---|---|---|
| | STATEMENT PERIOD | |

```
16DEC    DEPOSIT                                           35.00
         Overdraft transfer from *****9651-S0
16DEC*  WITHDRAWAL                                       -192.66
        MIDDLE TENNESSEE ELECTR877-777-9020 TNUS
16DEC*  DEPOSIT                                           192.66
         Overdraft transfer from *****9651-S0
17DEC   WITHDRAWAL-Fee                                     -5.00
        17DEC TRANSFER FEE(S)  1 @ $5.00
17DEC   DEPOSIT                                             5.00
         Overdraft transfer from *****9651-S0
16DEC*  WITHDRAWAL MAPCO 3212 BRENTWOOD TNUS              -52.36
16DEC*  DEPOSIT                                            52.36
         Overdraft transfer from *****9651-S0
17DEC*  WITHDRAWAL                                       -144.82
        TOTAL LIFE CHANGES INC 888-8731898 MIUS
17DEC*  DEPOSIT                                            54.78
         Overdraft transfer from *****9651-S0
17DEC*  WITHDRAWAL                                        -25.00
        OVERDRAFT ADVANTAGE NSF FEE, 25.00
        18DEC An Overdraft Advantage payment was made on 18DEC2019
              in the amount of 144.82.
18DEC   WITHDRAWAL-Fee                                    -10.00
        18DEC TRANSFER FEE(S)  1 @ $10.00
18DEC*  WITHDRAWAL                                       -150.00
        CASH APP*CHRISTOPHE 8774174551 CAUS
18DEC*  WITHDRAWAL                                        -25.00
        OVERDRAFT ADVANTAGE NSF FEE, 25.00
        19DEC An Overdraft Advantage payment was made on 19DEC2019
              in the amount of 150.00.
18DEC*  WITHDRAWAL                                       -150.00
        CASH APP*VICTORIA B 8774174551 CAUS
18DEC*  WITHDRAWAL                                        -25.00
        OVERDRAFT ADVANTAGE NSF FEE, 25.00
        19DEC An Overdraft Advantage payment was made on 19DEC2019
              in the amount of 150.00.
18DEC*  WITHDRAWAL                                       -150.00
        CASH APP*PATRICK BR 8774174551 CAUS
18DEC*  WITHDRAWAL                                        -25.00
        OVERDRAFT ADVANTAGE NSF FEE, 25.00
        19DEC An Overdraft Advantage payment was made on 19DEC2019
              in the amount of 150.00.
18DEC*  WITHDRAWAL                                        -75.00
        CASH APP*PATRICK BR 8774174551 CAUS
18DEC*  WITHDRAWAL                                        -25.00
        OVERDRAFT ADVANTAGE NSF FEE, 25.00
        19DEC An Overdraft Advantage payment was made on 19DEC2019
              in the amount of 75.00.
19DEC   WITHDRAWAL                                       -350.00
        CASH APP*VICTORIA B 8774174551 CAUS
19DEC   WITHDRAWAL                                        -25.00
        OVERDRAFT ADVANTAGE NSF FEE, 25.00
        19DEC An Overdraft Advantage payment was made on 19DEC2019
              in the amount of 350.00.
19DEC*  WITHDRAWAL                                       -375.00
        NOLENS. ROAD AUTO MART 615-242-1279 TNUS
26DEC   DEPOSIT-ACH-MISC-PAY                            24994.50
        TREAS 310 (MISC PAY)

26DEC   WITHDRAWAL                                      -1110.00
26DEC   WITHDRAWAL STEPHANIE LANIER                     -1460.00
26DEC   WITHDRAWAL                                      -1306.00
        CASH APP*WILLIAM KE 8774174551 CAUS
26DEC   WITHDRAWAL                                       -415.00
        CASH APP*LASHUNDRA 8774174551 CAUS
26DEC   WITHDRAWAL                                      -5150.00
        SQ *WALLSPOP MARKETING gosq.com GAUS
26DEC   WITHDRAWAL                                      -6400.00
26DEC*  WITHDRAWAL                                        -75.00
        000SECURITY-FINANCE.COM800-3958195 SCUS
27DEC   WITHDRAWAL                                      -1011.50
        WM SUPERCENTER # Wal Mart Super Center FRANKLIN TNUS
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 8.  Financial and Tax Summary on last page **
Case 19-82798-CRJ11   Doc 81   Filed 02/03/20   Entered 02/03/20 14:25:51   Desc Main
                    Document      Page 15 of 17



P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

AED3572247-SAT2-332

| ACCOUNT NUMBER | PAGE |
|---|---|
| ■■■9651 | 8 |

| SOCIAL SECURITY NUMBER | 01DEC19 FROM | 31DEC19 TO |
|---|---|---|
| | | STATEMENT PERIOD |

```
27DEC  WITHDRAWAL                                          -15.42
   WAL Wal-Mart Super 251673 0272 WAL SAMS FRANKLIN TNUS
27DEC* WITHDRAWAL AMAZON.COM SEATTLE WAUS                  -20.83
27DEC* WITHDRAWAL                                          -11.41
   FIREHOUSE SUBS #800 FRANKLIN TNUS
28DEC* WITHDRAWAL PAYPAL *ENVATO 4029357733 AU             -33.33
28DEC* WITHDRAWAL                                           -7.04
   PAYPAL *WANG RUIYUN EBA402-935-7733 CAUS
28DEC* WITHDRAWAL                                         -250.00
   CASH APP*KENYATTA 8774174551 CAUS
29DEC* WITHDRAWAL                                         -154.65
   PAYPAL *PROFESSIONA Visa Direct CAUS
28DEC* WITHDRAWAL                                          -48.26
   SHELL OIL 57540476405 ANTIOCH TNUS
29DEC* WITHDRAWAL CHEDDAR'S 0202140 SMYRNA TNUS           -114.19
29DEC* WITHDRAWAL                                          -26.49
   PAYPAL *GOGOROYALTY 402-935-7733 CAUS
29DEC* WITHDRAWAL                                         -180.00
   PAYPAL *JOERUSSELL3 402-935-7733 CAUS
29DEC* WITHDRAWAL                                         -230.43
   THE WEBSTAURANT STORE 717-392-7472 PAUS
29DEC* WITHDRAWAL                                          -90.00
   EXPEDIA 7507479829828 800-397-3342 NVUS
29DEC* WITHDRAWAL                                          -73.90
   PAYPAL *REIGN INC 402-935-7733 CAUS
29DEC* WITHDRAWAL                                           -5.00
   CASH APP*CHRISTOPHE 8774174551 CAUS
29DEC* WITHDRAWAL                                         -250.00
   CASH APP*KENYATTA 8774174551 CAUS
30DEC  DEPOSIT-ACH-MISC-PAY                               5434.00
   TREAS 310 (MISC PAY)
30DEC  WITHDRAWAL E-Branch                               -5000.00
   Transfer "DTS" 5,000.00 to share 0
30DEC  WITHDRAWAL                                         -700.00
29DEC* WITHDRAWAL                                          -25.00
   SWA*EARLYBRD52698592233800-435-9792 TXUS
29DEC* WITHDRAWAL                                          -25.00
   SWA*EARLYBRD52698592233800-435-9792 TXUS
30DEC* WITHDRAWAL                                         -250.00
   CASH APP*KENYATTA 8774174551 CAUS
30DEC* WITHDRAWAL                                         -108.65
   COMPASS SELF STOR 472 615-4596145 TNUS
30DEC* WITHDRAWAL                                          -92.79
   PAYPAL *CARDONE 402-935-7733 FLUS
31DEC  WITHDRAWAL COMCAST 800-266-2278 GAUS              -235.85

30DEC* WITHDRAWAL PALMS REVOLVE LAS VEGAS NVUS           -290.11
```

```
163 Withdrawals = 72905.19  49 Deposits = 76064.10  0 Checks Cleared
Your new balance on 31DEC19.................................$   3762.61
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 200.00 | 1150.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

| Your Financial Summary | |
|---|---|
| Your total Checking balances.................................$ | 3,762.61 |
| Your total Savings balances.................................$ | 5,005.37 |

| YTD Tax Summary | |
|---|---|
| YEAR-TO-DATE INFORMATION FOR TAX PURPOSES: | |
| Total non-IRA dividends earned | |
| (May be reported to IRS as interest for this calendar year)..$ | 0.45 |

Based on your relationship with Ascend in

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 9.  Financial and Tax Summary on last page **



**Federal Credit Union**

P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

| ACCOUNT NUMBER | PAGE |
|---|---|
| ⬛⬛9651 | 9 |

| SOCIAL SECURITY NUMBER | 01DEC19 | 31DEC19 |
|---|---|---|
| | FROM | TO |
| | STATEMENT PERIOD | |

December your account maintenance, check cashing
fees and fees for up to three (3) cashier's
checks will be waived for January. Don't have
e-statements? Enroll today to avoid paper
statement fees. Your loyalty matters here.

\* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.