## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Simplicity Caterers, LLC  **CASE NO:** 19-82798CRJ-11 **MONTH ENDING:** January 2020

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES ___  NO _X_   All post petition business taxes have been paid/deposited and the deposit slips are attached.

    N/A YES ___ **NO** _ All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| 940 | $ 371.94 |
| 941 | $ 3398.43 |
| | $ |

2.  YES _X_ NO ___   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:        TYPE_____not in force.

                         TYPE_____not in force.

3.  YES _X_  NO ___   New books and records were opened and are being maintained daily.

4.  YES _X_  NO ___   Copies of **all** banks statements and reconciliations are attached .

5.  YES _X_  NO ___   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _X_  NO ___   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _01-31-2020_

*Stephanie L. Lanier*
_____
RESPONSIBLE PARTY

Phone No.256-679-0363
**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME: SIMPLICITY CATERERS**      **CASE NO. : 19-82798-CRJ-11**      MONTH ENDING: January 2020

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  **(Circle One)**  -Cash X |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning)  3622

B.  RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C)  5004

   Cash Sales            0

   Loan Proceeds         0
   from_____

   Sale of Property      0
   (Not in ordinary
   course of business)

   Other_____    0

   _____0

C.  TOTAL RECEIPTS
   (Total of B)   $5004

D.  BUSINESS DISBURSEMENTS
   FROM FORM BA-02(B)  $9406.43

E.  SURPLUS OR DEFICIT  -$4402.43
   (C minus D)

F.  CASH ON HAND (End)  -$780.43
   (A plus E)

1.  REVENUE FROM TOTAL SALES  $ 25,624.00

2.  LESS COST OF THOSE SALES  7935.95
   (Cost of materials, Labor, etc.)  18,465

3.  EQUALS GROSS PROFIT (1 minus 2)  -$776.95

4.  LESS OPERATING EXPENSES  0

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)  -$776.95

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

   Meals & Travel
   Conference Hotel Cost  650.19

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $ -$1427.14

**\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 01-31-2020

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SIMPLICITY CATERERS__       CASE NO. :_19-82798-CRJ-11    MONTH ENDING: January 2020

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.   Amount collected this month on accounts
     receivable charged and paid this month.                    $    0

B.   Amount collected this month on accounts
     receivable charged in prior months
     and paid this month.                                        $    5004

C.   TOTAL collected this month on accounts
     receivable.                                                 $    5004

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| National Guard | | $28,115 | | | 28,115 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 28,115 | | | 28,115.00 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE____01-31-2020_____        *Stephanie L. Lanier*
                                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS          CASE NO.: 19-82798-CRJ-1     MONTH ENDING: January 2020

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.......................................$     0
ADVERTISING................................................  0
AUTOMOBILES/VEHICLES (repairs & maintenance)...........     0
COMMISSIONS/CONTRACT LABOR.............................     0
INSURANCE (TOTAL).....................................      0
    AUTO                    $           0
    LIABILITY                          0
    LIFE                               0
    MEDICAL    CASUALTY                0
    FIRE & THEFT   WORKMAN'S           0
COMP.   OTHER General                  0
Liability                              0
                                       0
INTEREST PAID..........................................     0
INVENTORY PURCHASED....................................     7935.95
              Bank Fees                                    79.00
LEGAL FEES.............................................     650.00
RENT/LEASE PAYMENTS ON REAL ESTATE.....................     0
REPAIRS & MAINTENANCE..................................     0
SALARIES/WAGES PAID....................................     0
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............     0
SUPPLIES (TOTAL).......................................          0
    OFFICE                  $           0
    OPERATING                           0
TRAVEL & ENTERTAINMENT.................................     650.19
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]...............     0
UNSECURED LOAN PAYMENTS................................     0
UTILITIES (TOTAL)......................................     262.31
    Business Internet       $   262.31
                                        0
                                        0
                                        0

OTHER BUSINESS DISBURSEMENTS                               0
(Specify)
TOTAL BUSINESS DISBURSEMENTS..........................$     9,406.43
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 01-31-2020

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS     CASE NO.: 82798-CRJ-11     MONTH ENDING: January 2020

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. __X__ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 01-31-2020                     *Stephanie L. Lanier*
                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS      CASE NO. : 19-82798-CRJ-1   MONTH ENDING: January 2020

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 01-03-20 | 5625.17 | 1578.05 | 0 | 0 | 0 |
| 01-17-20 | 12,839.83 | 1820.38 | 0 | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 18,465 | 3398.43 | 0 | 0 | 0 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| January 2020 | 18,465 | 371.94 | 0 | TN |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 01-31-2020                          *Stephanie L. Lanier*
                                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS     **CASE NO. :** 19-82798-CRJ-11 **MONTH ENDING:** January 2020

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Ascend FCU | 9651- Checking | -1,178.74 | 01-31-2020 | Post Petition |
| | 9651- Savings | $5.04 | 01-31-2020 | Post Petition |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1   (Name) Stephanie L. Lanier          $ 0
Officer #2   (Name) N/A                          $
Other Officer (Name) N/A                         $ 0
Employees (Number) 8                             $ 18,465.00
Employees (Relatives) 0                          $
Name _____                                      $
Name _____                                      $

## INVENTORY  (IF APPLICABLE)

Inventory - Beginning of Month (COST)        $ 211.15
Inventory - Purchased this Month - CASH      $ 7935.95
Inventory - Purchased this Month - CREDIT    $ 0
Inventory - End of Month (COST)              $ 1402.10

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X   A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 01-31-2020      *Stephanie L. Lanier*
                     RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:**   SIMPLICITY CATERERS          **CASE NO.:**  19-82798-CRJ-11          **MONTH ENDING:** January 2020

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

 X    B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Pepsi | | | | $ 8,492 | $ 8,492 |
| Kelsan | | | 3,355.00 | | 3,355.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | | $ 3355.00 | $ 8492.00 | $ 11,847.00 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 01-31-2020

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**



P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org



Scan to learn about
e-statements.

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| ●●●●●9651 | | 1 |
| | 01JAN20 | 31JAN20 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| 18 | | STATEMENT PERIOD |

AED3610411-SATM-14631 T

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

IMPORTANT REMINDER

Ascend will begin upgrading
our system at 6 p.m. Friday,
Feb. 14 until normal hours of
business on Tuesday, Feb. 18.
Please plan accordingly. Visit
ascend.org/upgrade for details.

NOTICE: See reverse side for important information

AED00002641816261953829651Z052862751

**SAVINGS**
**Suffix 0**

```
Your balance at the beginning of the period..............$      5005.37
  01JAN  WITHDRAWAL-Fee                          -1.00 =      5004.37
  01JAN PAPER STMT FEE 1 @ $1.00
  02JAN  WITHDRAWAL                            -4999.00 =         5.37
    Transfer 'STS' 4999.00 to acct: *****9651-50
  02JAN* WITHDRAWAL                               -0.37 =         5.00
    Overdraft transfer to *****9651-S50
  31JAN  DIVIDEND through 31JAN2020               0.04 =         5.04
    ANNUAL PERCENTAGE YIELD EARNED:  0.28% FOR A 31 DAY PERIOD
    Average Daily Balance:         166.27

Your new balance on 31JAN20...............................$         5.04
```

```
                                 | Total for | Total       |
                                 |this period|year-to-date |

|TOTAL OVERDRAFT ITEM FEES        |   0.00    |   0.00      |
|TOTAL RETURNED ITEM FEES         |   0.00    |   0.00      |

Dividends Paid To You In 2020 On Suffix 0      $     0.04
```

**BUSINESS**
**CHECKING**
**Suffix 50**

```
No. 11953829651.  Balance at the beginning of the period....$   3762.61
Additions and miscellaneous withdrawals:
  31DEC* WITHDRAWAL                              -478.98
    HILLER PLUMBING, HEATIN615-2926110 TNUS
  01JAN* WITHDRAWAL Google LLC 650-2530000 CAUS    -9.29
  02JAN  DEPOSIT                                 4999.00
    Transfer 'STS' 4999.00 from acct: *****9651-0
  02JAN  WITHDRAWAL                             -2102.00
  02JAN  WITHDRAWAL                              -652.00
  02JAN  WITHDRAWAL                             -5000.00
  02JAN* WITHDRAWAL                              -650.19
    PALMS CASINO FRONT DES LAS VEGAS NVUS
  02JAN* DEPOSIT                                    0.37
    Overdraft transfer from *****9651-S0
    03JAN An Overdraft Advantage payment was made on 03JAN2020
      in the amount of 493.16.
  02JAN* WITHDRAWAL                              -100.00
    CASH APP*VICTORIA B 8774174551 CAUS
    03JAN An Overdraft Advantage payment was made on 03JAN2020
      in the amount of 100.00.
  03JAN  WITHDRAWAL COMCAST 800-266-2278 GAUS    -262.31
    03JAN An Overdraft Advantage payment was made on 03JAN2020
      in the amount of 262.31.
  04JAN* WITHDRAWAL SAMS CLUB #6249 FRANKLIN TNUS -465.05
  04JAN* WITHDRAWAL                               -25.00
    OVERDRAFT ADVANTAGE NSF FEE, 25.00
    06JAN An Overdraft Advantage payment was made on 06JAN2020
      in the amount of 465.05.
  04JAN* WITHDRAWAL SAMS CLUB #6249 FRANKLIN TNUS -167.66
  04JAN* WITHDRAWAL                               -25.00
    OVERDRAFT ADVANTAGE NSF FEE, 25.00
    06JAN An Overdraft Advantage payment was made on 06JAN2020
      in the amount of 167.66.
  04JAN* WITHDRAWAL GFS STORE #1519 BRENTWOOD TNUS -203.24
  04JAN* WITHDRAWAL                               -25.00
    OVERDRAFT ADVANTAGE NSF FEE, 25.00
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.



**Ascend**
Federal Credit Union

Send inquiries to:

P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

| ACCOUNT NUMBER | PAGE |
|---|---|
| ▬▬▬9651 | 2 |

| | 01JAN20 | 31JAN20 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

```
06JAN An Overdraft Advantage payment was made on 06JAN2020
       in the amount of 203.24.
21JAN   DEPOSIT                                      225.00

14 Withdrawals = 10165.72  3 Deposits = 5224.37  0 Checks Cleared
Your new balance on 31JAN20..............................$   -1178.74
```

```
                              | Total for | Total     |
                              |this period|year-to-date|
---------------------------------------------------------------
|TOTAL OVERDRAFT ITEM FEES    |   75.00   |   75.00    |
|TOTAL RETURNED ITEM FEES     |    0.00   |    0.00    |
```

**Your Financial Summary**

```
Your total Checking balances................................$ -1,178.74
Your total Savings balances.................................$      5.04
```

**YTD Tax Summary**

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$      0.04
```

**Previous Year Summary**

```
PRIOR YEAR SUMMARY FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS interest for 2019)...................$      0.45
1099 OID dividends will be reported for 2019.................$      0.00
```

```
Based on your relationship with Ascend in January
your account maintenance and check cashing fees
will be waived for February. Don't have
e-statements? Enroll today to avoid paper
statement fees. Your loyalty matters here.
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.



P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org



Scan to learn about
e-statements.

Federal Credit Union®

| ACCOUNT NUMBER | PAGE |
|---|---|
| ████2592 | 1 |

| SOCIAL SECURITY NUMBER | 01JAN20 | 31JAN20 |
|---|---|---|
| | FROM | TO |
| 18 | STATEMENT PERIOD | |

AED3610411-SATM-4608 T

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

‖l‖·l‖·‖‖‖‖‖·‖‖‖‖‖‖‖‖‖·‖·‖‖·‖‖‖‖‖‖‖‖‖·‖·‖‖‖·‖·‖‖·‖‖‖‖·‖‖‖·‖‖‖‖‖·‖‖l‖‖‖

**IMPORTANT REMINDER**

Ascend will begin upgrading
our system at 6 p.m. Friday,
Feb. 14 until normal hours of
business on Tuesday, Feb. 18.
Please plan accordingly. Visit
ascend.org/upgrade for details.

NOTICE: See reverse side for important information

AED0000264181626242929252592Z052862751

| SAVINGS Suffix 0 | Your balance at the beginning of the period...............$ | | 0.00 |
|---|---|---|---|
| | 21JAN DEPOSIT | 5.00 = | 5.00 |
| | Transfer 'STS' 5.00 from acct: ****2592-50 | | |
| | Your new balance on 31JAN20...............................$ | | 5.00 |

| | | Total for this period | Total year-to-date |
|---|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | | 0.00 | 0.00 |

| BUSINESS CHECKING Suffix 50 | No. 12429292592. Balance at the beginning of the period....$ | 466.00 |
|---|---|---|
| | Additions and miscellaneous withdrawals: | |
| | 05JAN* WITHDRAWAL | -160.00 |
| | WALGREENS #0-376310 806 NISSAN DRIVE SMYRNA TNUS | |
| | 06JAN WITHDRAWAL | -40.00 |
| | 21JAN WITHDRAWAL | -5.00 |
| | Transfer 'STS' 5.00 to acct: ****2592-0 | |
| | 21JAN WITHDRAWAL | -250.00 |
| | | |
| | 4 Withdrawals = 455.00  0 Deposits = 0.00  0 Checks Cleared | |
| | Your new balance on 31JAN20...............................$ | 11.00 |

| | | Total for this period | Total year-to-date |
|---|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | | 0.00 | 0.00 |

| Your Financial Summary | Your total Checking balances..................................$ | 11.00 |
|---|---|---|
| | Your total Savings balances...................................$ | 5.00 |

| YTD Tax Summary | YEAR-TO-DATE INFORMATION FOR TAX PURPOSES: | |
|---|---|---|
| | Total non-IRA dividends earned | |
| | (May be reported to IRS as interest for this calendar year)..$ | 0.00 |

| Previous Year Summary | PRIOR YEAR SUMMARY FOR TAX PURPOSES: | |
|---|---|---|
| | Total non-IRA dividends earned | |
| | (May be reported to IRS interest for 2019)................$ | 0.00 |
| | 1099 OID dividends will be reported for 2019................$ | 0.00 |

Based on your relationship with Ascend in January
your account maintenance and check cashing fees
will be waived for February. Don't have
e-statements? Enroll today to avoid paper
statement fees. Your loyalty matters here.

AED-7975

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.