# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| SIMPLICITY CATERERS, LLC, | ) | 19-82798 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

## BANKRUPTCY ADMINISTRATOR'S STATEMENT OF POSITION

    **COMES NOW** J. Thomas Corbett, United States Bankruptcy Administrator for the Northern District of Alabama (the "BA"), by and through the undersigned counsel of record, and hereby files this Statement of Position regarding the following matters and states as follows:

1. Motion by Internal Revenue Service to Dismiss Chapter 11 Case (Doc. #79):

   A. Based on a review of the record in this case and the January 2020 Operating Report (Doc. # 96) filed by the Debtor on February 20, 2020, the Debtor has failed to comply with the Operating Order and remit all post-petition taxes. The January 2020 Operating Report reports that the Debtor has not paid post-petition FICA 940 and FUTA 941 taxes.

   B. The failure to timely pay post-petition taxes constitutes cause warranting dismissal, but is also indicative of an inability of the Debtor to effectively reorganize.

   C. Absent the Debtor establishing that all post-petition taxes have in fact been paid and satisfactorily explaining the failure to do so as indicated in the January 2020 Operating Report, the Internal Revenue Service Motion to Dismiss is well grounded. The BA recommends dismissal of the case.

2. Debtor's Request for Status Conference; and Motion for Leave to Amend Chapter 11 Petition to Elect Treatment as Small Business Debtor Pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code (Doc. #97): Assuming the Debtor's case is not dismissed, the BA has no objection to the Debtor making a Subchapter V election. There does not appear to be any legal impediment to making such an election.

3. Hearing on Disclosure Statement (Doc. #74): If the Debtor makes a Subchapter V election, the adequacy of the disclosure statement is moot. The Debtor will need to file a Plan in compliance with the requirements of Subchapter V within whatever timeframe the Court establishes for filing a Plan.

Respectfully submitted this the 5th day of March, 2020.

/s/ Robert J. Landry, III
Assistant U.S. Bankruptcy Administrator
Bar ID No. ASB-3091-L55R
Robert_Landry@alnba.uscourts.gov

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
1129 Noble Street, Room 117
Anniston, Alabama 36201
(256) 741-1540

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2020, I have served a copy of the foregoing via email on the parties listed below:

Tazewell Shepard
Tazewell Taylor Shepard, IV
Attorneys for Debtor
taze@ssmattorneys.com
ty@ssmattorneys.com

Kevin D. Heard
Potential Trustee
kheard@heardlaw.com

Richard E. O'Neal
Assistant U. S. Attorney
USAALN.BANKRUPTCY@usdoj.gov

/s/ Robert J. Landry, III

2