United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Simplicity Caterers, LLC **CASE NO:** 19-82798CRJ-11 **MONTH ENDING:** February 2020

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES X  NO ____   All post petition business taxes have been paid/deposited and the deposit
slips are attached.

    YES X     NO ____    All post petition individual taxes have been paid and the deposit slips are
attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES _X_ NO ___   Adequate insurance on all assets/property including fire, theft, liability, collision
and casualty and workman's compensation (if applicable) is currently in full force
and effect.

    If no, enter:      TYPE_____not in force.

                       TYPE_____not in force.

3.  YES _X_  NO ___   New books and records were opened and are being maintained daily.

4.  YES _X_  NO ___   Copies of all banks statements and reconciliations are attached .

5.  YES _X_  NO ___   I have otherwise complied with all requirements of the Chapter 11
Operating Order.

6.  YES _X_  NO ___   All financial statements filed with the Bankruptcy Clerk's Office are
prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE03-01-2020

*Stephanie L. Lanier*
RESPONSIBLE PARTY

Phone No.256-679-0363
**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME: SIMPLICITY CATERERS**          **CASE NO. : 19-82798-CRJ-11**          MONTH ENDING: February 2020

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT Cash X<br>-Accrual    **(Circle One)**    - |
|---|---|

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) _____**0**_____

B.   RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C) 28,115.62

   Cash Sales          1,937.99

   Loan Proceeds          0
   from_____

   Sale of Property          0
   (Not in ordinary
   course of business)

   Other_____          0

   _____          0

C.   TOTAL RECEIPTS
   (Total of B)   $30,053.61

D.   BUSINESS DISBURSEMENTS 34,591.49
   FROM FORM BA-02(B)

E.   SURPLUS OR DEFICIT   -4,537.88
   (C minus D)

F.   CASH ON HAND (End)   -4,537.88
   (A plus E)

---

1.   REVENUE FROM TOTAL        57,044.21
   SALES                $

2.   LESS COST OF THOSE        42,776.50
   SALES
   (Cost of materials,
    Labor, etc.)

3.   EQUALS GROSS
   PROFIT (1 minus 2)   14,267.71

4.   LESS OPERATING
   EXPENSES          5,004.00

5.   EQUALS NET PROFIT
   OPERATIONS          9,263.71
   (3 minus 4)

6.   NON-OPERATING
   INCOME/EXPENSES
   (LIST SPECIFIC
   INCOME/EXPENSES)
                  5843.00
          .
   Previous 941 Taxes

   _____          _____

   _____

7.   EQUALS NET PROFIT
   OR NET LOSS          3,420.71
   (5 plus or minus 6)

**\* Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.**

---

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 03-01-2020 _____          *Stephanie L. Lanier*
                                 RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME:  SIMPLICITY CATERERS          Case No: 19-82798-RJ-11 MONTH ENDING: February 2020

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.  **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.  Amount collected this month on accounts
    receivable charged and paid this month.                    $  0

B.  Amount collected this month on accounts
    receivable charged in prior months
    and paid this month.                                       $  28,911.50

C.  TOTAL collected this month on accounts
    receivable.                                                $  28,911.50

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| National Guard |  | 57,044.21 |  |  | 57,044.21 |
| National Guard | 21,300.50 |  |  |  | 21,300.50 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | . |  | . |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE          03-01-2020                          *Stephanie L. Lanier*
                                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS      **CASE NO. : 19-82798-CRJ-11**   **MONTH ENDING: February 2020**

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES.......................................$ | 0 |
| ADVERTISING.......................................... | 0 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)......... | |
| COMMISSIONS/CONTRACT LABOR........................... | 1267 |
| INSURANCE (TOTAL).................................... | 0 |

| | |
|---|---|
| AUTO | $  0 |
| LIABILITY | 0 |
| LIFE | 0 |
| MEDICAL   CASUALTY | 0 |
| FIRE & THEFT   WORKMAN'S | 0 |
| COMP.   OTHER General | 0 |
| Liability | 0 |
| | 0 |

| | |
|---|---|
| INTEREST PAID....................................... | 0 |
| INVENTORY PURCHASED................................. | 9,502.00 |
| LEGAL FEES | |
| Bank Fees...................................... | 1178.74 |
| RENT/LEASE PAYMENTS ON REAL ESTATE.................. | 0 |
| REPAIRS & MAINTENANCE.Chemicals..................... | 4,211.04 |
| SALARIES/WAGES PAID................................. | 13,508.45 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]......... | 0 |
| SUPPLIES (TOTAL).................................... | 260.00 |
| OFFICE | $  260.00 |
| OPERATING | |
| TRAVEL & ENTERTAINMENT.............................. | 0 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]............ | 5,843.00 |
| UNSECURED LOAN PAYMENTS............................. | |
| UTILITIES (TOTAL)................................... | 0 |
| | 0 |

| | |
|---|---|
| OTHER BUSINESS DISBURSEMENTS (Specify) | 0 |
| **TOTAL BUSINESS DISBURSEMENTS**.....................$ | 34,591.49 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  03-01-2020               *Stephanie L. Lanier*
                               RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS      CASE NO.: 19-82798-CRJ-11      MONTH ENDING: February 2020

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2._____ No secured loan payments have been paid during this month.
   (Check, if true.)

3.___X___ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _____ 03-01-2020 _____          _Stephanie L. Lanier_
                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SIMPLICITY CATERERS        CASE NO.: 19-82798-CRJ-11 MONTH ENDING: *February 2020*

## Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 02-10-2020 | 7,617.45 | 914.09 | Paid  03-2020 | N/A | N/A |
| 02-24-2020 | 5,891.00 | 706.92 | Paid 03-2020 | N/A | N/A |
| Back Payments from December 2019 $5,834.00 | | | Paid 03-01-2020 | N/A | N/A |
| | | | | | |
| | | | | | |
| TOTAL | 13,508.45 | 1621.01 | | | 0 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE TN |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| 02-10 & 02-24, 2020 | 13508.45 | 712.44 | 712.44 | TN |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | 13,508.45 | | 712.44 | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC.)
### INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 03-01-2020

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS    **CASE NO. :** 19-82798-CRJ-

**MONTH ENDING:** February 2020

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Ascend FCU | ████9651- Checking | 4263.76 | 02-14-2020 | Post Petition |
| | ████9651- Savings | 4.00 | 02-14-2020 | Post Petition |
| | ████2592- Checking | 191.55 | 02-14-2020 | Post Petition |
| | ████2592- Savings | 4.00 | 02-14-2020 | Post Petition |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Stephanie L. Lanier | $ | 0 |
| Officer #2    (Name) N/A | $ | |
| Other Officer  (Name) N/A | $ | 0 |
| Employees (Number) 10 | $ | 13,508.45 |
| Employees (Relatives) 0 | $ | |
| Name | $ | |
| Name | $ | |

## INVENTORY (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 1207.00 |
| Inventory - Purchased this Month - CASH | $ | 9,502 |
| Inventory - Purchased this Month - CREDIT | $ | 0 |
| Inventory - End of Month (COST) | $ | 1650.10 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

 X   A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

03-01-2020                         *Stephanie L. Lanier*
_____      _____
                                   RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SIMPLICITY CATERERS__      CASE NO.: _19-82798-CRJ-11_   MONTH ENDING: February 2020

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_X_ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 03-01-2020          _Stephanie L. Lanier_
                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**


**Ascend**
Federal Credit Union

P.O. Box 1210
526 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org



Scan to learn about
e-statements.

| ACCOUNT NUMBER | PAGE |
|---|---|
| ████2592 | 1 |
| | 01FEB20  14FEB20 |
| SOCIAL SECURITY NUMBER | FROM        TO |
| 18 | STATEMENT PERIOD |

AED3627578-SATM-36826 T

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

Expect More from Your Checking

Preferred checking from Ascend
gives you more. It includes services
like identity fraud support,
purchase protection, extended
warranty, rebate rewards, and more.
Complete details at ascend.org

AED0000264181626242929252592Z052862751

NOTICE: See reverse side for important information

| SAVINGS Suffix 0 | Your balance at the beginning of the period...............$      5.00 |
|---|---|
| | 01FEB  WITHDRAWAL-Fee                        -1.00 =       4.00 |
| | 01FEB PAPER STMT FEE 1 @ $1.00 |
| | |
| | Your new balance on 14FEB20...............................$      4.00 |

| | | Total for this period | Total year-to-date |
|---|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | | 0.00 | 0.00 |

| BUSINESS CHECKING Suffix 50 | No. ████2592.   Balance at the beginning of the period....$     11.00 |
|---|---|
| | Additions and miscellaneous withdrawals: |
| | 14FEB   DEPOSIT STEPHANIE L LANIER            13700.00 |
| | 14FEB   WITHDRAWAL                             -408.50 |
| | 14FEB   WITHDRAWAL                             -749.12 |
| | 14FEB   WITHDRAWAL                             -109.53 |
| | 14FEB   WITHDRAWAL                             -231.17 |
| | 14FEB   WITHDRAWAL                             -985.14 |
| | 14FEB   WITHDRAWAL                            -1530.52 |
| | 14FEB   WITHDRAWAL                            -1683.07 |
| | 14FEB   WITHDRAWAL                            -2013.28 |
| | 14FEB   WITHDRAWAL                            -2681.27 |
| | 14FEB   WITHDRAWAL                            -3127.85 |
| | |
| | 10 Withdrawals = 13519.45  1 Deposits = 13700.00  0 Checks Cleared |
| | Your new balance on 14FEB20...............................$    191.55 |

| | | Total for this period | Total year-to-date |
|---|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | | 0.00 | 0.00 |

| Your Financial Summary | Your total Checking balances.............................$    191.55 |
|---|---|
| | Your total Savings balances..............................$      4.00 |

| YTD Tax Summary | YEAR-TO-DATE INFORMATION FOR TAX PURPOSES: |
|---|---|
| | Total non-IRA dividends earned |
| | (May be reported to IRS as interest for this calendar year)..$      0.00 |
| | |
| | Based on your relationship with Ascend in January your account maintenance and check cashing fees will be waived for February. Don't have e-statements? Enroll today to avoid paper statement fees. Your loyalty matters here. |

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.



## Ascend
### Federal Credit Union®

P.O. Box 1210
320 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org



Scan to learn about
e-statements.

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| ●●●9651 | | 1 |
| | 01FEB20 | 14FEB20 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| 18 | STATEMENT PERIOD | |

AED3627578-SATM-36827 T

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

Expect More from Your Checking

Preferred checking from Ascend
gives you more. It includes services
like identity fraud support,
purchase protection, extended
warranty, rebate rewards, and more.
Complete details at ascend.org

NOTICE: See reverse side for important information

AED0000264181626195382965IZ052862751

| SAVINGS Suffix 0 | Your balance at the beginning of the period................$ 5.04 |
|---|---|

```
SAVINGS      Your balance at the beginning of the period................$    5.04
Suffix 0      01FEB   WITHDRAWAL-Fee                       -1.00 =             4.04
                 01FEB PAPER STMT FEE 1 @ $1.00

              Your new balance on 14FEB20................................$    4.04
              -----------------------------------------------------------------
              |                                 | Total for  |   Total      |
              |                                 |this period |year-to-date  |
              -----------------------------------------------------------------
              |TOTAL OVERDRAFT ITEM FEES        |    0.00    |    0.00      |
              |TOTAL RETURNED ITEM FEES         |    0.00    |    0.00      |

              Dividends Paid To You In 2020 On Suffix 0        $      0.04
```

```
BUSINESS      No. ●●●9651.  Balance at the beginning of the period....$  -1178.74
CHECKING      Additions and miscellaneous withdrawals:
Suffix 50      14FEB   DEPOSIT-ACH-MISC-PAY                  28911.50
                 TREAS 310 (MISC PAY)
              14FEB   WITHDRAWAL STEPHANIE L LANIER         -13700.00
              14FEB   WITHDRAWAL                             -4500.00
              14FEB   WITHDRAWAL                             -1267.00
              14FEB   WITHDRAWAL                             -4002.00

              4 Withdrawals = 23469.00  1 Deposits = 28911.50  0 Checks Cleared
              Your new balance on 14FEB20................................$   4263.76
              -----------------------------------------------------------------
              |                                 | Total for  |   Total      |
              |                                 |this period |year-to-date  |
              -----------------------------------------------------------------
              |TOTAL OVERDRAFT ITEM FEES        |    0.00    |   75.00      |
              |TOTAL RETURNED ITEM FEES         |    0.00    |    0.00      |
```

```
Your          Your total Checking balances................................$  4,263.76
Financial     Your total Savings balances................................$      4.04
Summary

YTD Tax       YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary       Total non-IRA dividends earned
              (May be reported to IRS as interest for this calendar year)..$    0.04


              Based on your relationship with Ascend in January
              your account maintenance and check cashing fees
              will be waived for February. Don't have
              e-statements? Enroll today to avoid paper
              statement fees. Your loyalty matters here.
```

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.