IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: SIMPLICITY CATERERS, LLC )
) Case No.: 19-82798-CRJ-11
EIN: xx-xxx0065 )
)
Debtor. ) CHAPTER 11
_____)

**FINAL APPLICATION FOR**
**APPROVAL OF DEBTOR'S ATTORNEY FEES**

COMES NOW MDM Holdings, Inc., as Chapter 11 Debtor (the "Debtor"), and Sparkman, Shepard, and Morris P.C., as Debtor's court-approved counsel (the "Debtor's Attorneys"), in conformity with 11 U.S.C. § 330 and FRBP Rule 2016(a), and respectfully show this Court as follows:

1. In this case, the Court has previously approved the following interim applications for fees and expenses of the Debtor's Attorneys (the "Approved Interim Fee Applications"):

| **Approval Date** | **Period** | **Fees** | **Expenses** | **Total Due** |
|---|---|---|---|---|
| 02/11/2020 | 09/17/19 – 11/26/19 | $ 4,578.00 | $ 306.40 | $ 4,884.40 |
| 04/23/2020 | 12/02/19 – 03/27/20 | $ 8,345.00 | $ 574.55 | $ 8,919.55 |
| **Total** | | **$12,923.00** | **$ 880.95** | **$13,803.95** |

2. On October 8, 2019, this Court granted the Debtor's Motion to Fix Procedure for Periodic Interim Allowance of Compensation and Reimbursement of Expenses for Chapter 11 Attorneys, establishing a Monthly Fee Notice procedure. Following is a list of the Notices of Monthly Compensation and Reimbursement of Expenses for Chapter 11 Debtor's Attorneys in this case which have not come before this Court for approval on an interim basis:

| **Notice Date** | **Period** | **Fees** | **Expenses** | **Total Due** |
|---|---|---|---|---|
| 04/29/2020 | April 2020 | $ 956.00 | $ 15.60 | $ 971.60 |
| 05/06/2020 | May 2020 | $1,554.00 | $ 44.80 | $1,598.80 |
| **Total** | | **$2,510.00** | **$ 60.40** | **$2,570.40** |

3. To date, no party has objected to Monthly Fee Notices or to the Debtor's Attorneys' approved Interim Fee Applications.

4. The Debtor and the Debtor's Attorneys request that this Court approve final compensation to the Debtor's Attorneys in the amount of $15,433.00 and reimbursement of expenses in the amount of $941.35 for services rendered to the Debtor's estate between September 17, 2019 and May 6, 2020.

WHEREFORE, the Debtor and the Debtor's Attorneys respectfully request that the Court enter an Order: approving final compensation to the Debtor's Attorneys in this matter in the amount of $15,433.00 and reimbursement of expenses in this matter totaling $941.35; and granting such further relief as this Court deems just and proper.

Respectfully submitted this the 7th day of May, 2020.

/s/ Tazewell T. Shepard
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: 256/512-9924
Fax: 256/512-9837

## CERTIFICATE OF SERVICE

This is to certify that this the 7th day of May, 2020, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

/s/ Tazewell T. Shepard
Tazewell T. Shepard