United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Simplicity Caterers, LLC **CASE NO:** 19-82798CRJ-11 **MONTH ENDING:** March 31, 2020

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. **YES X NO ____ All post petition business taxes have been paid/deposited and the deposit slips are attached.**

   **YES X NO ____ All post petition individual taxes have been paid and the deposit slips are attached.**

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. **YES_X NO__ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**

   **If no, enter: TYPE____________________not in force.**

   **TYPE____________________not in force.**

3. **YES_X_ NO__ New books and records were opened and are being maintained daily.**

4. **YES_X_ NO__ Copies of all banks statements and reconciliations are attached.**

5. **YES_X_ NO__ I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6. **YES_X_ NO__ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 04-12-2020

Stephanie L. Lanier

RESPONSIBLE PARTY

Phone No.256-679-0363

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME: SIMPLICITY CATERERS** **CASE NO. : 19-82798-CRJ-11** MONTH ENDING: March 31, 2020

**Attach Business Forms BA-02(A-D)**

## BUSINESS DEBTOR'S

| **CASH RECEIPTS & DISBURSEMENTS** | | **INCOME STATEMENT** Cash X -Accrual **(Circle One)** - | |
|---|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | | 1. REVENUE FROM TOTAL SALES | $ 67,760.50 |
| A. CASH ON HAND (Beginning) | **400.00** | 2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | 62,002.04 |
| B. RECEIPTS: | | | |
| Accounts Receivable from Form BA-02(A)-Line II(C) | 78,741.50 | 3. EQUALS GROSS PROFIT (1 minus 2) | 5,758.46 |
| Cash Sales | 86.02 | 4. LESS OPERATING EXPENSES | 3,827.26 |
| Loan Proceeds from ______ | 0 | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) | 1,931.20 |
| Sale of Property (Not in ordinary course of business) | 0 | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | |
| Other ______ | 0 | | |
| ______ | 0 | Donation - Charity | $400.00 |
| C. TOTAL RECEIPTS (Total of B) | $78,827.92 | ______ | |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) | 70,011.50 | | |
| E. SURPLUS OR DEFICIT (C minus D) | 8,816.42 | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | 33.57 |
| F. CASH ON HAND (End) (A plus E) | 9,232.42 | **** Please itemize Cost of Sales and Expenses on a separate sheet of paper.*** | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 04-12-2020

Stephanie L. Lanier
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS **Case No: 19-82798-RJ-11 MONTH ENDING: March 31, 2020**

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A. Amount collected this month on accounts receivable charged and paid this month. $ 0

B. Amount collected this month on accounts receivable charged in prior months and paid this month. $ 78,741.50

C. TOTAL collected this month on accounts receivable. $ 78,741.50

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| National Guard | $31,507.50 | | | | 31,507.50 |
| National Guard | $23,053.00 | | | | 23,053.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 04-12-2020

Stephanie L. Lanier
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** SIMPLICITY CATERERS **CASE NO.: 19-82798-CRJ-11** **MONTH ENDING: March 31, 2020**

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| Item | Detail | Amount |
|---|---|---|
| ACCOUNTING FEES | | $ 617.70 |
| ADVERTISING | | 0 |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | 0 |
| INSURANCE (TOTAL) | | 0 |
| AUTO | $ 0 | |
| LIABILITY | 0 | |
| LIFE | 0 | |
| MEDICAL CASUALTY | 0 | |
| FIRE & THEFT WORKMAN'S | 0 | |
| COMP. OTHER General | 0 | |
| Liability | 0 | |
| | 0 | |
| INTEREST PAID | | 0 |
| INVENTORY PURCHASED | | 9,091.39 |
| LEGAL FEES | | |
| Bank Fees | | 969.06 |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | 0 |
| REPAIRS & MAINTENANCE.Chemicals | | 2,000 |
| SALARIES/WAGES PAID | | 35,234.18 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | 0 |
| SUPPLIES (TOTAL) | | 150.50 |
| OFFICE | $ 150.50 | |
| OPERATING | | |
| TRAVEL & ENTERTAINMENT | | 0 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 17,676.47 |
| UNSECURED LOAN PAYMENTS | | 90.00 |
| UTILITIES (TOTAL) | | 874.15 |
| | phone- $340.90 | |
| | Internet- $533.25 | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | Donation- Charity- | $400.00 |
| | Personal Living Expense -TN | 0 $1,410.78 |
| **TOTAL BUSINESS DISBURSEMENTS** | | **$** 70,011.50 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 04-12-2020

Stephanie L. Lanier
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** SIMPLICITY CATERERS **CASE NO. :** 19-82798-CRJ-11 MONTH ENDING: March 31, 2020

**BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS**

***ALL SECURED CREDITORS MUST BE LISTED BELOW***

1. ________ Secured loan payments as described below have been paid this month (Check, if true.)

2. ________ No secured loan payments have been paid during this month. (Check, if true.)

3. ___X___ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 04-12-2020

Stephanie L. Lanier
RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** SIMPLICITY CATERERS **CASE NO.:** 19-82798-CRJ-1 MONTH ENDING: March 31, 2020

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S TAX PAYMENTS

## A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| March 16 | 22,416.32 | 2712.50 | 1280.00 | N/A | N/A |
| March 30 | 12,817.86 | 1280.00 | 2712.50 | N/A | N/A |
| Back Taxes | | 12,355.97 | 12,355.97 | N/A | N/A |
| Back Taxes | | 659.97 | 659.97 | N/A | N/A |
| Back Taxes | | 668.03 | 668.03 | N/A | N/A |
| TOTAL | $35,234.18 | 17,676.47 | 17,676.47 | N/A | N/A |

## B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| 03-16-2020 | 22,416.32 | 339.08 | 339.08 | TN |
| 03-30-2020 | 12,817.86 | 210.32 | 210.32 | TN |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | 35,234.18 | | 549.40 | |

## C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 04-12-2020

Stephanie L. Lanier
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** SIMPLICITY CATERERS **CASE NO. :** 19-82798-CRJ-

**MONTH ENDING:** March 31, 2020

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Ascend FCU | [redacted]9651- Checking | -1,629.80 | 02-14-2020 | Post Petition |
| | [redacted]9651- Savings | 4.00 | 02-14-2020 | Post Petition |
| | [redacted]2592- Checking | 188.54 | 02-14-2020 | Post Petition |
| | [redacted]2592- Savings | 5.00 | 02-14-2020 | Post Petition |

## GROSS PAYROLL

(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1 (Name) Stephanie L. Lanier $ 0

Officer #2 (Name) N/A $ 0

Other Officer (Name) N/A $ 0

Employees (Number) 10 $ 34,634.18

Employees (Relatives) $

Name Patrick Broadnax $ 450.00

Name Victoria Broadnax $ 150.00

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST) $ 1650.10

Inventory - Purchased this Month - CASH $ 9,091.39

Inventory - Purchased this Month - CREDIT $ 0

Inventory - End of Month (COST) $ 201.12

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X A. No payments on pre-petition debts have been made this month.

___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

04-12-2020 *Stephanie L. Lanier*

RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** SIMPLICITY CATERERS **CASE NO. :** 19-82798-CRJ-1 **MONTH ENDING:** March 31,2020

# BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**** OR ****

_X_ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 04-12-2020

Stephanie L. Lanier
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**



P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org

**Statement of Account**
Member Number: [redacted]9651
Statement Date: 03/31/2020

01582 3686807 1OZ ATM 853.25.1.22 101528

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

## ID 0050 - FREE BUSINESS CHECKING

### ACCOUNT SUMMARY

| Beginning Balance | Total Deposits | Total Withdrawals | Ending Balance |
|---|---|---|---|
| 9,091.39- | 78,749.54 | 71,287.95 | 1,629.80- |

Authorized Signer: COMONICA L BROWDER
Authorized Signer: STEPHANIE L LANIER
Dividends Paid: $0.00

### TRANSACTIONS BY DATE

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 03/01 | | | Balance Forward | 9,091.39- |
| 03/03 | 57,441.00 | | Deposit ACH TREAS 310<br>TYPE: MISC PAY ID: 9101036151<br>CO: TREAS 310 | 48,349.61 |
| 03/03 | | 10.00 | Withdrawal Home Banking Transfer To Share 0000<br>e-branch 03/03/2020 09:33 44351 | 48,339.61 |
| 03/03 | | 21,000.00 | Withdrawal Transfer<br>To SIMPLICITY CATE XXXXXXXXXX Share 0050 | 27,339.61 |
| 03/03 | | 300.00 | Withdrawal Debit Card<br>CASH APP*LASHUNDRA 8774174551 CA | 27,039.61 |
| 03/03 | | 603.00 | Withdrawal Debit Card<br>CASH APP*COMONICA B 8774174551 CA | 26,436.61 |
| 03/03 | | 450.00 | Withdrawal Debit Card<br>CASH APP* 8774174551 CA | 25,986.61 |
| 03/03 | | 200.00 | Withdrawal Debit Card<br>CASH APP*KARICHIYA 8774174551 CA | 25,786.61 |
| 03/03 | | 2,691.86 | Withdrawal Debit Card<br>CASH APP*MIESSHA 8774174551 CA | 23,094.75 |
| 03/04 | | 100.00 | Withdrawal Debit Card<br>CASH APP*VICTORIA B 8774174551 CA | 22,994.75 |
| 03/04 | | 250.00 | Withdrawal Debit Card<br>CASH APP*PATRICK BR 8774174551 CA | 22,744.75 |
| 03/04 | | 123.42 | Withdrawal Debit Card<br>MIDDLE TENNESSEE ELECTR 877-777-9020 TN | 22,621.33 |
| 03/04 | | 28.00 | Withdrawal Debit Card<br>SECRETARY OF STATE EGOV.COM AL | 22,593.33 |
| 03/04 | | 1.85 | Withdrawal Debit Card<br>TAXHANDLINGFEE256275404 FLORENCE AL | 22,591.48 |
| 03/04 | | 8.07 | Withdrawal Debit Card<br>WAL-MART #5197 HAMPTON COVE AL | 22,583.41 |
| 03/04 | | 12,355.97 | Withdrawal ACH IRS<br>TYPE: USATAXPYMT ID: 3387702000 CO: IRS | 10,227.44 |

*Continued on next page.*



P.O. Box 1210
526 Airpark Drive
Tullahoma, TN 37388

# Ascend
### Federal Credit Union



**Ascend**
Federal Credit Union

P.O. Box 1210
526 Airpark Drive
Tullahoma, TN 37388

**Statement of Account**
Member Number: ████9651
Statement Date: 03/31/2020
Page 2 of 5

## ID 0050 – FREE BUSINESS CHECKING                                    (Continued)

### TRANSACTIONS BY DATE

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|------|---------|-----------|-------------------------|---------|
| 03/04 | | 617.70 | Withdrawal Debit Card<br>PAYPAL *PROFESSIONA Visa Direct CA | 9,609.74 |
| 03/04 | | 4,475.00 | Withdrawal | 5,134.74 |
| 03/04 | | 600.00 | Withdrawal by Check<br>Check 00 24339 Disbursed 600.00 | 4,534.74 |
| 03/04 | | 5.00 | Withdrawal by Check<br>Check Disbursed Fee 5 00 | 4,529.74 |
| 03/04 | | 74.00 | Withdrawal Debit Card<br>FRANK BARGER JUDGE OF P HUNTSVILLE AL | 4,455.74 |
| 03/04 | | 1.00 | Withdrawal ATM Inquiry Fee<br>iNQ P459091 724 PRESIDENTS PLACE SMYRNA TN | 4,454.74 |
| 03/04 | 8.04 | | Deposit Transfer From Share 0000 | 4,462.78 |
| 03/04 | | 503.50 | Withdrawal at ATM #006420817768<br>P459091 724 PRESIDENTS PLACE SMYRNA TN | 3,959.28 |
| 03/04 | | 1.00 | Withdrawal ATM Fee<br>P459091 724 PRESIDENTS PLACE SMYRNA TN | 3,958.28 |
| 03/04 | | 48.50 | Withdrawal Debit Card<br>MADISON COUNTY LICENSE 256–532–3313 GA | 3,909.78 |
| 03/04 | | 25.00 | Withdrawal OD Advantage Fee | 3,884.78 |
| 03/04 | | 1.21 | Withdrawal Debit Card<br>MUNICIPAL PAY SERVICES 888–385–2425 AL | 3,883.57 |
| 03/04 | | 25.00 | Withdrawal OD Advantage Fee | 3,858.57 |
| 03/04 | | 2,065.24 | Withdrawal Debit Card<br>THE WEBSTAURANT STORE 717–392–7472 PA | 1,793.33 |
| 03/04 | | 25.00 | Withdrawal OD Advantage Fee | 1,768.33 |
| 03/05 | | 400.00 | Withdrawal Debit Card<br>GIV*ST LUKE CHRI 256–7211294 AL | 1,368.33 |
| 03/05 | | 25.00 | Withdrawal OD Advantage Fee | 1,343.33 |
| 03/05 | | 11.75 | Withdrawal Debit Card<br>THE UPS STORE #6259 SMYRNG TN | 1,331.58 |
| 03/05 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 1,306.58 |
| 03/05 | | 157.47 | Withdrawal Debit Card<br>WM SUPERCENTER #406 SMYRNA TN | 1,149.11 |
| 03/05 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 1,124.11 |
| 03/05 | | 239.84 | Withdrawal Debit Card<br>WM SUPERCENTER #406 SMYRNA TN | 884.27 |
| 03/05 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 859.27 |
| 03/05 | | | Withdrawal<br>In the amount $659.97 IRS | 834.27 |
| 03/05 | | | Withdrawal<br>In the amount $668.03 IRS | 809.27 |
| 03/05 | | | Withdrawal<br>In the amount $1,280.00 IRS | 784.27 |
| 03/05 | | 656.14 | Withdrawal Debit Card<br>GFS STORE #1523 MURFREESBORO TN | 128.13 |
| 03/05 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 103.13 |
| 03/05 | | 233.47 | Withdrawal Debit Card<br>GFS STORE #1523 MURFREESBORO TN | 130.34– |
| 03/05 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 155.34– |
| 03/05 | | 378.57 | Withdrawal Debit Card<br>WALMART GROCERY 800–966–6546 AR | 533.91– |
| 03/05 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 558.91– |
| 03/05 | | 296.10 | Withdrawal Debit Card<br>AMERICAN AIR00175078506 FORT WORTH TX | 855.01– |
| 03/05 | | 25.00 | Withdrawal OD Advantage Fee | 880.01– |

*Continued on next page.*



**Ascend**
Federal Credit Union

Statement of Account
Member Number: [redacted]9651
Statement Date: 03.31.2020

**ID 0050 – FREE BUSINESS CHECKING** *(Continued)*

TRANSACTIONS BY DATE

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 03/09 | | | Withdrawal<br>In the amount $2,712.50 IRS | 1,301.11- |
| 03/10 | 21,300.50 | | Deposit ACH TREAS 310<br>TYPE: MISC PAY ID: 9101036151<br>CO: TREAS 310 | 19,999.39 |
| 03/10 | | 3,000.00 | Withdrawal | 16,999.39 |
| 03/10 | | 2,000.00 | Withdrawal by Check<br>Check 00 25798 Disbursed 2,000.00 | 14,999.39 |
| 03/10 | | 5.00 | Withdrawal by Check<br>Check Disbursed Fee 5.00 | 14,994.39 |
| 03/10 | | 8,000.00 | Withdrawal Transfer<br>To SIMPLICITY CATE XXXXXXXXXX Share 0050 | 6,994.39 |
| 03/10 | | 200.00 | Withdrawal Debit Card<br>CASH APP*VICTORIA B 8774174551 CA | 6,794.39 |
| 03/10 | | 300.00 | Withdrawal Debit Card<br>CASH APP*MIESSHA 8774174551 CA | 6,494.39 |
| 03/11 | | 200.00 | Withdrawal Debit Card<br>CASH APP*PATRICK BR 8774174551 CA | 6,294.39 |
| 03/11 | | 400.00 | Withdrawal | 5,894.39 |
| 03/11 | | 90.00 | Withdrawal Debit Card<br>000SECURITY-FINANCE.COM 800-3958195 SC | 5,804.39 |
| 03/12 | | 96.00 | Withdrawal Debit Card<br>BUTTERFLY KISSES LASH N MURFREESBORO TN | 5,708.39 |
| 03/12 | | 21.94 | Withdrawal Debit Card<br>POPEYES 11223 SMYRNA TN | 5,686.45 |
| 03/12 | | 400.00 | Withdrawal Debit Card<br>CASH APP*KARICHIMA 8774174551 CA | 5,286.45 |
| 03/13 | | 400.00 | Withdrawal Debit Card<br>GIV*ST LUKE CHRI 256-7211294 AL | 4,886.45 |
| 03/13 | | 731.51 | Withdrawal Debit Card<br>THE CARISSA COLLECTION ANTIOCH TN | 4,154.94 |
| 03/13 | | 374.85 | Withdrawal Debit Card<br>SS* TCC BEAUTY STRIPE.COM CA | 3,780.09 |
| 03/13 | | 30.00 | Withdrawal Debit Card<br>AMERICAN AIR00115048538 FORT WORTH TX | 3,750.09 |
| 03/13 | | 40.00 | Withdrawal Debit Card<br>AMERICAN AIR00115048538 FORT WORTH TX | 3,710.09 |
| 03/13 | | 30.00 | Withdrawal Debit Card<br>AMERICAN AIR00115048538 FORT WORTH TX | 3,680.09 |
| 03/14 | | 85.00 | Withdrawal Debit Card<br>CASH APP*JASON JOHN 8774174551 CA | 3,595.09 |
| 03/14 | | 9.25 | Withdrawal Debit Card<br>LOS GAUCHITOS DELI MIAMI FL | 3,585.84 |
| 03/14 | | 5.87 | Withdrawal Debit Card<br>TACO BELL #25739 MIAMI FL | 3,579.97 |
| 03/14 | | 14.51 | Withdrawal Debit Card<br>TACO BELL #25739 MIAMI FL | 3,565.46 |

*Continued on next page.*


P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
1 800 342 3086
www.ascendfcu.org

**ID 0050 – FREE BUSINESS CHECKING** *(Continued)*

**TRANSACTIONS BY DATE**

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 03/14 | | 200.00 | Withdrawal Debit Card<br>CASH APP*KARICHIYA 8774174551 CA | 3,365.46 |
| 03/15 | | 732.46 | Withdrawal Debit Card<br>BAR ONE MIAMI BEACH LLC MIAMI BEACH FL | 2,633.00 |
| 03/16 | | 21.40 | Withdrawal Debit Card<br>COOL J'S SPORTCENTER IN MIAMI FL | 2,611.60 |
| 03/16 | | 50.00 | Withdrawal Debit Card<br>CASH APP*VICTORIA B 8774174551 CA | 2,561.60 |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 2,536.60 |
| 03/16 | | 2,500.00 | Withdrawal Debit Card<br>CASH APP*KARICHIYA 8774174551 CA | 36.60 |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 11.60 |
| 03/16 | | 125.00 | Withdrawal Debit Card<br>CASH APP*KARICHIYA 8774174551 CA | 113.40- |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 138.40- |
| 03/16 | | 105.70 | Withdrawal Debit Card<br>AMERICAN AIR00175215103 FORT WORTH TX | 244.10- |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 269.10- |
| 03/16 | | 105.70 | Withdrawal Debit Card<br>AMERICAN AIR00175215103 FORT WORTH TX | 374.80- |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 399.80- |
| 03/16 | | 32.40 | Withdrawal Debit Card<br>AMERICAN AIR00106175165 FORT WORTH TX | 432.20- |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 457.20- |
| 03/16 | | 32.40 | Withdrawal Debit Card<br>AMERICAN AIR00106175165 FORT WORTH TX | 489.60- |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 514.60- |
| 03/16 | | 30.00 | Withdrawal Debit Card<br>AMERICAN AIR00115049113 FORT WORTH TX | 544.60- |
| 03/16 | | 25.00 | Withdrawal OD Advantage Fee | 569.60- |
| 03/16 | | 40.00 | Withdrawal Debit Card<br>AMERICAN AIR00115049113 FORT WORTH TX | 609.60- |
| 03/16 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 634.60- |
| 03/16 | | 30.00 | Withdrawal Debit Card<br>AMERICAN AIR00115049113 FORT WORTH TX | 664.60- |
| 03/16 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 689.60- |
| 03/17 | | 900.00 | Withdrawal Debit Card<br>CASH APP*PATRICK BR 8774174551 CA | 1,589.60- |
| 03/17 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 1,614.60- |
| 03/17 | | 30.00 | Withdrawal Debit Card<br>CASH APP*STEPHANIE* 8774174551 CA | 1,644.60- |
| 03/17 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 1,669.60- |
| 03/17 | | 21.62 | Withdrawal Debit Card<br>AMERICAN AIR00106175204 FORT WORTH TX | 1,691.22- |
| 03/17 | | 25.00 | Withdrawal NSF/ OD ADV FEE | 1,716.22- |
| 03/17 | 32.40 | | Withdrawal Adjustment Debit Card Credit Voucher<br>AMERICAN AIR00106175165 FORT WORTH TX | 1,683.82- |
| 03/17 | 19.82 | | Withdrawal Adjustment Debit Card Credit Voucher<br>AMERICAN AIR00106175165 FORT WORTH TX | 1,664.00- |
| 03/18 | 21.62 | | Withdrawal Adjustment Debit Card Credit Voucher<br>AMERICAN AIR00106175204 FORT WORTH TX | 1,642.38- |
| 03/18 | 12.58 | | Withdrawal Adjustment Debit Card Credit Voucher<br>AMERICAN AIR00106175165 FORT WORTH TX | 1,629.80- |
| 03/31 | | | Ending Balance | 1,629.80- |

*Continued on next page.*



P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1 800 342 3086
www.ascendfcu.org



## ID 0050 – FREE BUSINESS CHECKING *(Continued)*

**AGGREGATE OVERDRAFT AND RETURN ITEM FEES**

| | Total For This Period | Total Year–to–Date |
|---|---|---|
| Total Overdraft Fees | 625.00 | 775.00 |
| Total Returned Item Fees | 175.00 | 175.00 |

Overdraft Fees, if any, are related to Overdraft Advantage. To 'opt–out' of Overdraft Advantage, ask questions regarding this service, or obtain information about alternative programs, please call 800–342–3086.

## ID 0000 – BUSINESS SAVINGS

**ACCOUNT SUMMARY**

| Beginning Balance | Total Deposits | Total Withdrawals | Ending Balance |
|---|---|---|---|
| 4.04 | 10.00 | 12.04 | 2.00 |

Authorized Signer: COMONICA L BROWDER
Authorized Signer: STEPHANIE L LANIER
Dividends Paid: $0.04

**TRANSACTIONS BY DATE**

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 03/01 | | | Balance Forward | 4.04 |
| 03/01 | | 1.00 | Withdrawal Paper Stmt Fee | 3.04 |
| 03/03 | 10.00 | | Deposit Home Banking Transfer From Share 0050 e–branch 03/03/2020 09:33 44351 | 13.04 |
| 03/04 | | 8.04 | Withdrawal Transfer To Share 0050 | 5.00 |
| 03/31 | | 3.00 | Withdrawal Acct Maint Fee | 2.00 |
| 03/31 | | | Ending Balance | 2.00 |

## TOTAL ACCOUNT YEAR TO DATE INFORMATION

Dividends Paid: $0.04



P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org

**Statement of Account**
**Member Number:** ■■■■2592
**Statement Date:** 03/31/2020

00107 3686807 1OZ ATM 853.25.1.17 086300

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

**ID 0050 — FREE BUSINESS CHECKING**

**ACCOUNT SUMMARY**

| Beginning Balance | Total Deposits | Total Withdrawals | Ending Balance |
|---|---|---|---|
| 770.55 | 29,588.72 | 30,170.73 | 188.54 |

Authorized Signer: STEPHANIE L LANIER
Authorized Signer: KARICHIYA D NELSON
Dividends Paid: $0.00

**TRANSACTIONS BY DATE**

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 03/01 | | | Balance Forward | 770.55 |
| 03/01 | | 1.00 | Withdrawal Paper Stmt Fee | 769.55 |
| 03/02 | | 50.00 | Withdrawal Debit Card<br>WAL-MART #0406 SMYRNA TN | 719.55 |
| 03/03 | 21,000.00 | | Deposit Transfer<br>From SIMPLICITY CATE XXXXXXXXXX Share 0050 | 21,719.55 |
| 03/03 | | 761.26 | Withdrawal | 20,958.29 |
| 03/03 | | 370.74 | Withdrawal | 20,587.55 |
| 03/03 | | 2,331.50 | Withdrawal | 18,256.05 |
| 03/03 | | 2,798.18 | Withdrawal | 15,457.87 |
| 03/03 | | 1,831.44 | Withdrawal | 13,626.43 |
| 03/03 | | 1,158.70 | Withdrawal | 12,467.73 |
| 03/03 | | 1,472.24 | Withdrawal | 10,995.49 |
| 03/03 | | 1,142.88 | Withdrawal | 9,852.61 |
| 03/03 | | 9,705.00 | Withdrawal by Check<br>Check 00 24021 Disbursed 9,700.00<br>Check Disbursed Fee 5.00 | 147.61 |
| 03/10 | 8,000.00 | | Deposit Transfer<br>From SIMPLICITY CATE XXXXXXXXXX Share 0050 | 8,147.61 |
| 03/15 | | 111.90 | Withdrawal Debit Card<br>WAL-MART #0406 SMYRNA TN | 8,035.71 |
| 03/16 | | 1,253.82 | Withdrawal | 6,781.89 |
| 03/16 | | 1,260.58 | Withdrawal | 5,521.31 |
| 03/16 | | 1,023.21 | Withdrawal | 4,498.10 |
| 03/16 | | 2,009.20 | Withdrawal | 2,488.90 |
| 03/16 | | 1,633.11 | Withdrawal | 855.79 |
| 03/16 | | 633.98 | Withdrawal | 221.81 |
| 03/16 | | 204.00 | Withdrawal | 17.81 |
| 03/21 | 370.50 | | Deposit by Check | 388.31 |
| 03/24 | | 165.86 | Withdrawal Debit Card<br>SAMSCLUB #6501 MURFREESBORO TN | 222.45 |
| 03/24 | | 25.00 | Withdrawal OD Advantage Fee | 197.45 |

*Continued on next page.*



P.O. Box 1210
520 Airpark Drive
Tullahoma, TN 37388
1 800 342 3086
www.ascendfcu.org

**ID 0050 – FREE BUSINESS CHECKING** *(Continued)*

**TRANSACTIONS BY DATE**

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 03/24 | 218.22 | | Deposit by Check | 415.67 |
| 03/24 | | 169.40 | Withdrawal Debit Card GFS STORE #1523 MURFREESBORO TN | 246.27 |
| 03/24 | | 54.73 | Withdrawal Debit Card GFS STORE #1523 MURFREESBORO TN | 191.54 |
| 03/31 | | 3.00 | Withdrawal Acct Maint Fee | 188.54 |
| 03/31 | | | Ending Balance | 188.54 |

**AGGREGATE OVERDRAFT AND RETURN ITEM FEES**

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 25.00 | 25.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Overdraft Fees, if any, are related to Overdraft Advantage. To 'opt-out' of Overdraft Advantage, ask questions regarding this service, or obtain information about alternative programs, please call 800-342-3086.

**ID 0000 – BUSINESS SAVINGS**

**ACCOUNT SUMMARY**

| Beginning Balance | Total Deposits | Total Withdrawals | Ending Balance |
|---|---|---|---|
| 5.00 | 0.00 | 0.00 | 5.00 |

Authorized Signer: STEPHANIE L LANIER
Authorized Signer: KARICHIYA D NELSON
Dividends Paid: $0.00

**TRANSACTIONS BY DATE**

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 03/01 | | | Balance Forward | 5.00 |
| 03/31 | | | Ending Balance | 5.00 |

**TOTAL ACCOUNT YEAR TO DATE INFORMATION**

Dividends Paid: $0.00