IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Simplicity Caterers, LLC** | ) | Case No. **19-82798-CRJ11** |
| | ) | |
| Debtor. | ) | Chapter 11 |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW OF FINAL
APPLICATION FOR APPROVAL TO PAY COMPENSATION AND EXPENSES

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and regarding the application to pay Compensation and Expenses states as follows:

1. The BA has reviewed the Application for Approval to Pay Compensation and Expenses (Doc. #131).

2. An analysis of the request for compensation indicates the fee requested is reasonable in light of *Johnson v. Georgia Highway Express, Inc.*, 488 F2d 714 (5th Cir. 1974). A statement that the monies received by the professional will not be shared with any other party is included in the Fee Application.

3. An analysis of the itemization of expenses shows that the expenses are actual and necessary, therefore, the BA does not object to the requested reimbursement of out-of-pocket expenses.

WHEREFORE, the premises considered, the BA recommends approval of the compensation and reimbursement of expenses as requested.

Respectfully submitted May 20, 2020.

                                                      J. THOMAS CORBETT
                                                      United States Bankruptcy Administrator for the
                                                      Northern District of Alabama
                                                      /s/ Richard M. Blythe
                                                      Richard M. Blythe
                                                      Assistant U.S. Bankruptcy Administrator
                                                      Alabama Bar ID:  ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2020, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Tazewell T. Shepard, Esq., Via CM/ECF electronic service taze@ssmattorneys.com

                                    /s/Richard M. Blythe
                                    Richard M. Blythe