# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SIMPLICITY CATERERS, LLC ) | CASE NO.: 19-82798-CRJ11 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

### ORDER PROHIBITING DISBURSEMENTS AND DIRECTING SUBCHAPTER V TRUSTEE TO INVESTIGATE THE FINANCIAL CONDITION OF DEBTOR

This matter came before the Court on May 27, 2020 on, inter alia, the Debtor's Motion for Entry of Order Dismissing Chapter 11 Case. Present at the hearing were Tazewell T. Shepard IV as Debtor's counsel, Richard Blythe representing the Bankruptcy Administrator, Richard O'Neal representing the United States of America – Internal Revenue Service, and Kevin D. Heard as Subchapter V Trustee ("Trustee").

During the hearing, discussion was had regarding the financial condition of the Debtor, the Debtor's accounts receivables, and potential administrative expense claims. Based on the representations of counsel, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Debtor is directed to file with the Court an income statement showing the receipt of all monies received from April 1, 2020 to June 1, 2020, as well as all disbursements made by the Debtor from April 1, 2020 to June 1, 2020. The Debtor is further directed not to pay out or disburse any monies from the date of this Order. All funds received by the Debtor shall be deposited into the Debtor-in-Possession account.

2. The Court further finds that good cause exists and it is hereby ORDERED that the Subchapter V Trustee is granted the power under §§ 1106(a)(3), (4) and (7) to investigate the

1

conduct and financial condition of the Debtor. The Trustee is further directed to file a preliminary report on or before **June 22, 2020** by **12:00 p.m., CDT** regarding the results of the investigation.

3. The Debtor is hereby directed to cooperate with the Trustee's request for financial information and ORDERED to provide the Trustee with a copy of the bank reconciliation and accompanying bank statements for the Debtor-in-Possession account for the months of January through May 31, 2020 and list of all outstanding accounts receivable, along with the name and information for a contact person, on or before **June 2, 2020** by **5:00 p.m.**, CDT.

4. The deadline for the Trustee and counsel for the Debtor to file fee Applications is fixed as **June 22, 2020** by **12:00 p.m., CDT.**

Dated this the 28th day of May, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared by:
Kevin D. Heard
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza, Suite 921
Huntsville, AL 35801
Tel: 256-535-0817/Fax: 256-535-0818
kheard@heardlaw.com

Reviewed and Approved by:
Tazewell T. Shepard
Richard Blythe
Richard O'Neal

2