# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Simplicity Caterers, LLC  **CASE NO:** 19-82798CRJ-11 **MONTH ENDING:** May 31, 2020

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES X NO ____   **All post petition business taxes have been paid/deposited and the deposit slips are attached.**

    YES X   NO ____   **All post petition individual taxes have been paid and the deposit slips are attached.**

    **If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

2.  YES_X_ NO__   **Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**

    If no, enter:        TYPE_____not in force.

    TYPE_____not in force.

3.  YES X   NO__   **New books and records were opened and are being maintained daily.**

4.  YES_X_   NO__   **Copies of all banks statements and reconciliations are attached .**

5.  YES_X_   NO__   **I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6.  YES_X_   NO__   **All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE_06-10-2020___

*Stephanie L. Lanier*

_____
RESPONSIBLE PARTY

Phone No. 256-679-0363

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME: SIMPLICITY CATERERS**        **CASE NO. : 19-82798-CRJ-11**        **MONTH ENDING: May 31, 2020**

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT Cash X |
|---|---|
| | -Accrual   **(Circle One)**   - |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) **189.00**

B.   RECEIPTS:

    Accounts Receivable from
    Form BA-02(A)-Line II(C)

    Cash Sales

    Loan Proceeds   0
    from_____

    Sale of Property   0
    (Not in ordinary
    course of business)

    Other_____   0

    _____   0

C.   TOTAL RECEIPTS
    (Total of B)

D.   BUSINESS DISBURSEMENTS   0
    FROM FORM BA-02(B)

E.   SURPLUS OR DEFICIT
    (C minus D)

F.   CASH ON HAND (End)   **189.00**
    (A plus E)

1.   REVENUE FROM TOTAL
    SALES   $   0

2.   LESS COST OF THOSE
    SALES
    (Cost of materials,
    Labor, etc.)

3.   EQUALS GROSS
    PROFIT (1 minus 2)

4.   LESS OPERATING
    EXPENSES

5.   EQUALS NET PROFIT
    OPERATIONS
    (3 minus 4)

6.   NON-OPERATING
    INCOME/EXPENSES
    (LIST SPECIFIC
    INCOME/EXPENSES)

7.   EQUALS NET PROFIT
    OR NET LOSS
    (5 plus or minus 6)   0.00

***Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 06-10-2020

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SIMPLICITY CATERERS__       Case No: 19-82798-RJ-11 MONTH ENDING: May 31, 2020

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.  **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.  **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
        receivable charged and paid this month.          $___0____

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                               $___0____

    C.   TOTAL collected this month on accounts
        receivable.                                        $___0____

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| National Guard | | | 31,203 | | 31,203.00 |
| National Guard | | | 21,002 | | 21,002.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE_____06-10-2020_____        *Stephanie L. Lanier*
                                                  RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS         **CASE NO.:** 19-82798-CRJ-11   **MONTH ENDING:** Mary 31, 2020

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$     0
ADVERTISING............................................      0
AUTOMOBILES/VEHICLES (repairs & maintenance)...........     0
COMMISSIONS/CONTRACT LABOR.............................      0
INSURANCE (TOTAL)......................................      0
   AUTO                    $          0
   LIABILITY                          0
   LIFE                               0
   MEDICAL    CASUALTY                0
   FIRE & THEFT   WORKMAN'S           0
COMP.   OTHER General                 0
Liability                            0
                                            0
INTEREST PAID..........................................      0
INVENTORY PURCHASED....................................      0
               LEGAL FEES
Bank Fees..............................................     0
RENT/LEASE PAYMENTS ON REAL ESTATE.....................     0
REPAIRS & MAINTENANCE.Chemicals....................... 0
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............      0
SUPPLIES (TOTAL).......................................
   OFFICE                  $          0
   OPERATING
TRAVEL & ENTERTAINMENT.................................     0
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]...............     0
 UNSECURED LOAN PAYMENTS...................                 0 0
 UTILITIES (TOTAL)......................................




OTHER BUSINESS DISBURSEMENTS (Specify)

TOTAL BUSINESS DISBURSEMENTS..........................$      0
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  06-10-2020                        *Stephanie L. Lanier*
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

Case 19-82798-CRJ11   Doc 146   Filed 06/22/20   Entered 06/22/20 09:58:15   Desc
Main Document      Page 4 of 10

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS

**CASE NO. :** 19-82798-CRJ-11     MONTH ENDING: May 31, 2020

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
    (Check, if true.)

2. _____ No secured loan payments have been paid during this month.
    (Check, if true.)

3. __X__ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE ___06-10-2020___          *Stephanie L. Lanier*
                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS          **CASE NO.:** 19- 82798-CRJ MONTH ENDING: May 31, 2020

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|------|------|------|------|------|------|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | N/A | N/A |
| | | | | N/A | N/A |
| | | | | N/A | N/A |
| | | | | N/A | N/A |
| | | | | N/A | N/A |
| TOTAL | | | | N/A | N/A |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|------|------|------|------|------|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|------|------|------|------|------|------|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 06-10-2020                          *Stephanie L. Lanier*
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SIMPLICITY CATERERS      **CASE NO. :** 19-82798-CRJ

**MONTH ENDING:** May 31, 2020

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Ascend FCU | | | | |
| | | | | |
| | ████2592- Checking | 189.00 | 05-31-2020 | Post Petition |
| | ████2592- Savings | 5.00 | 05-31-2020 | Post Petition |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) Stephanie L. Lanier | $ | 0 |
| Officer #2   (Name) N/A | $ | 0 |
| Other Officer   (Name) N/A | $ | 0 |
| Employees (Number) 0 | $ | 0 |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

<u> X </u>  A. No payments on pre-petition debts have been made this month.
_____  B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

06-10-2020                         *Stephanie L. Lanier*
_____                  _____
                                   RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SIMPLICITY CATERERS__     CASE NO.: __19__~~8279~~ -CRJ-] **MONTH ENDING:** May 31,2020

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

__X__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Kelsan Chemical | | $ | 2800 | $ | $    2800 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 06-10-2020

*Stephanie L. Lanier*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**



**Ascend**
Federal Credit Union

P.O. Box 1210
530 Airpark Drive
Tullahoma, TN 37388
800.342.3086
ascendfcu.org

02353 3759597 1OZ ATM 853.42.1.13 041819

SIMPLICITY CATERERS LLC
7007 SOUTHGATE DR SE
OWENS CROSS ROADS AL 35763-9290

Access Your Accounts Beyond the Branch
Wondering how to access your accounts during the COVID-19 pandemic? Ascend
offers a variety of digital services, including online banking, our app for
mobile devices, and the Card Control App by Ascend. You can also open new
accounts and apply for loans at ascend.org. Keep safe and have account access
with our digital solutions!

## ID 0050 – FREE BUSINESS CHECKING

### ACCOUNT SUMMARY

| Beginning Balance | Total Deposits | Total Withdrawals | Ending Balance |
|---|---|---|---|
| 188.54 | 0.00 | 1.00 | 187.54 |

Authorized Signer: STEPHANIE L LANIER
Authorized Signer: KARICHIYA D NELSON
Dividends Paid: $0.00

### TRANSACTIONS BY DATE

| Date | Deposit | Withdrawal | Transaction Description | Balance |
|---|---|---|---|---|
| 05/01 | | | Balance Forward | 188.54 |
| 05/01 | | 1.00 | Withdrawal Paper Stmt Fee | 187.54 |
| 05/31 | | | Ending Balance | 187.54 |

### AGGREGATE OVERDRAFT AND RETURN ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 25.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Overdraft Fees, if any, are related to Overdraft Advantage. To 'opt-out' of Overdraft Advantage, ask questions regarding
this service, or obtain information about alternative programs, please call 800-342-3086.

## ID 0000 – BUSINESS SAVINGS

### ACCOUNT SUMMARY

| Beginning Balance | Total Deposits | Total Withdrawals | Ending Balance |
|---|---|---|---|
| 5.00 | 0.00 | 0.00 | 5.00 |

Authorized Signer: STEPHANIE L LANIER
Authorized Signer: KARICHIYA D NELSON
Dividends Paid: $0.00

*Continued on next page.*



P.O. Box1210
520 Airpark Drive
Tullahoma, TN 37388
1.800.342.3086
www.ascendfcu.org

**Statement of Account**
Member Number:          ⬛⬛⬛2592
Statement Date:          05/31/2020
Page 2 of 2

Ascend Federal Credit Union

## ID 0050 – FREE BUSINESS CHECKING                                    *(Continued)*

### AGGREGATE OVERDRAFT AND RETURN ITEM FEES

|                         | Total For This Period | Total Year–to–Date |
|-------------------------|-----------------------|--------------------|
| Total Overdraft Fees    | 100.00                | 125.00             |
| Total Returned Item Fees| 0.00                  | 0.00               |

Overdraft Fees, if any, are related to Overdraft Advantage.  To 'opt–out' of Overdraft Advantage, ask questions regarding this service, or obtain information about alternative programs, please call 800–342–3086.

## ID 0000 – BUSINESS SAVINGS

### ACCOUNT SUMMARY

| Beginning Balance | Total Deposits | Total Withdrawals | Ending Balance |
|-------------------|----------------|-------------------|----------------|
| 5.00              | 0.00           | 0.00              | 5.00           |

Authorized Signer: STEPHANIE L LANIER
Authorized Signer: KARICHIYA D NELSON
Dividends Paid:              $0.00

### TRANSACTIONS BY DATE

| Date  | Deposit | Withdrawal | Transaction Description | Balance |
|-------|---------|------------|-------------------------|---------|
| 05/01 |         |            | Balance Forward         | 5.00    |
| 05/31 |         |            | Ending Balance          | 5.00    |

## TOTAL ACCOUNT YEAR TO DATE INFORMATION

| Dividends Paid: | $0.00 |
|-----------------|-------|