# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SIMPLICITY CATERERS, LLC | ) CASE NO.: 19-82798-CRJ11 |
| | ) CHAPTER 11 |
| Debtor. | ) |
| | ) |

## SUBCHAPTER V TRUSTEE'S REPORT TO COURT

COMES NOW, the Subchapter V Trustee Kevin D. Heard ("Trustee") and submits the following report:

1. On September 28, 2020 this Court entered an Order directing this Trustee to file a preliminary report regarding the conduct and financial condition of the Debtor [Doc. 137].

2. On June 19, 2020 the Debtor filed a Report to Court and Motion to Convert Case to Chapter 7 Proceeding [Doc. 143].

3. At the request of the Trustee, Debtor's counsel provided various financial records of the Debtor including its bank statements and operating reports. Based on a review of those records the following initial observations can be made:

   a. The records provided by the Debtor cover a period from September, 2019 through May, 2020. The Debtor has not filed a BA report for April but did file one for May, 2020.

   b. The Debtor used as up to 3 separate bank accounts from which it paid expenses. These accounts were maintained at Ascend Federal Credit Union.

   c. In October, 2019 the Debtor collected $30,181.56 based on its bank statements and expensed essentially this same amount. In November, 2019 the Debtor collected $66,413 in receivables and again expensed essentially this same amount.

1

d. In December, 2019 the Debtor collected $76,064 and expensed $72,905. However, the bank records for January, 2020 do not show any receivables collected. In February, 2020 the Debtor had $78,344.71 in receivables which were then collected in March, 2020.

e. The March, 2020 BA reports shows that the Debtor had $54,560 in current receivables due from the "National Guard". These receivables remain unpaid as the bank statements for the months of April and May, 2020 show no deposits and no further activity. The May, 2020 BA report still shows a receivable due it in the amount of $52,205.

f. The bank records supplied by the Debtor show numerous withdrawals for which there is no documentation. Therefore, it is difficult at this time to verify that the expenses shown by the Debtor were paid or that it was unable to pay its employees or that Ms. Lanier has not received compensation as she asserts.

g. For this reason, the Trustee supports converting the case to Chapter 7 so that these withdrawals may be further explored and the expenses verified.

Respectfully submitted on this the 22nd day of June, 2020.

/s/ Kevin D. Heard
Kevin D. Heard

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Phone: (256) 535-0817
Fax: (256) 535-0818
kheard@heardlaw.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2020, I served a copy of the foregoing **Subchapter V Trustee's Report to Court** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

Robert J Landry Robert_landry@alnba.uscourts.gov, courtmailann@alnba.uscourts.gov

Richard E O'Neal USAALN.BANKRUPTCY@usdoj.gov

Tazwell Shepard ty@ssmattorneys.com, janelle@ssmattorneys.com

**Notice will not be electronically mailed to:**

None.

                                                   */s/ Kevin D. Heard*
                                                   Kevin D. Heard

3

Case 19-82798-CRJ11    Doc 147    Filed 06/22/20    Entered 06/22/20 11:44:15    Desc
Main Document    Page 3 of 3