# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| | } |
| Simplicity Caterers, LLC | }    Case No. 19-82798-CRJ-11 |
| Debtor(s) | } |
| | }    Chapter 11 |

## ORDER REDUCING TIME AND
## NOTICE OF HEARING

Pursuant to Rule 9006(c)(1), the Court, for cause shown, reduces the notice time for hearing in the above-styled case.

It is therefore **ORDERED, ADJUDGED, and DECREED** that a hearing will be held to consider and act upon the following:

Final Application for Compensation and Expenses filed by Kevin D. Heard, Trustee

**Date:** Wednesday, June 24, 2020      **Time:** 11:00 AM

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated this the 22nd day of June, 2020.

                                             /s/ Clifton R. Jessup, Jr.
                                             Clifton R. Jessup, Jr.
                                             United States Bankruptcy Judge