IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Simplicity Caterers, LLC** | ) | Case No. **19-82798-CRJ11** |
| | ) | |
| Debtor. | ) | Chapter 11 |

### ORDER CONVERTING CASE TO CHAPTER 7

This matter came before the Court on June 24, 2020 for hearing on the Debtor's Motion for Entry of Order Dismissing Chapter 11 Case (Doc. 132) and the Debtor's Report to Court and Motion to Convert Case to a Chapter 7 Proceeding (Doc. 143). Proper notice of the hearing was given, and appearances were made by Tazewell T. Shepard IV on behalf of the Debtor, Kevin D. Heard as Subchapter V Trustee, Richard O'Neal on behalf of the Internal Revenue Service, and Richard M. Blythe on behalf of the Bankruptcy Administrator.

Upon consideration of the pleadings, arguments of counsel, and the circumstances of this case, the Court finds that cause exists to convert this case to one under Chapter 7 pursuant to 11 U.S.C. § 1112.

It is therefore ORDERED, ADJUDGED and DECREED that the Debtor's Motion to Convert Case to Chapter 7 is APPROVED and this case is hereby converted to a Chapter 7 case. The Debtor's Motion to Dismiss is MOOT.

Dated this the 25th day of June, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared by:
Richard M. Blythe
Attorney for the Bankruptcy Administrator